# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60040   Intuit v. FTC
                  Agency No. 9408

Enclosed is an order entered in this case.


                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Shea E. Pertuit, Deputy Clerk
                      504-310-7666

Ms. Anisha Sasheen Dasgupta
Ms. Mariel Goetz
Mr. David Gringer
Mr. Jonathan Edward Paikin
Mr. Howard Morris Shapiro
Mr. Daniel Volchok
Mr. Derek Woodman