# United States Court of Appeals for the Fifth Circuit

---

No. 24-60040

---

Intuit, Incorporated,

*Petitioner,*

versus

Federal Trade Commission,

*Respondent.*

_____

Petition for Review from an Order of the
Federal Trade Commission
Agency No. 9408

_____

ORDER:

    IT IS ORDERED that the Petitioner's unopposed motion to place the non-public version of the Federal Trade Commission's opinion under seal is GRANTED.

                                      /s/ Dana M. Douglas
                                      Dana M. Douglas
                                      *United States Circuit Judge*