**Index of Exhibits Supporting Intuit's Stay Motion**

| Exhibit | Attachment | Description |
|---|---|---|
| A | | Opinion of the Commission (January 19, 2024)* |
| B | | Commission Final Order (January 19, 2024) |
| C | | Declaration of Nick Soukas in Support of Respondent Intuit Inc.'s Application for a Stay Pending Review by the United States Court of Appeals for the Fifth Circuit (January 30, 2024) |
| D | | Declaration of Daniel S. Volchok in Support of Petitioner's Motion for Stay Pending Final Decision on Petition for Review |
| | 1 | Screenshot of TY21 Video Advertisement re: "Auctioneer" (RX202) |
| | 2 | Screenshot of TY21 Reddit ads (GX197) |
| | 3 | Screenshot of TY21 April 18 Google search "file my taxes for free" (GX195) |
| | 4 | Screenshot of TY21 Email ad (GX477) |
| | 5 | Screenshot of TY21 TurboTax Website Pop-Up Disclosure Screen (RX3) |
| | 6 | Final Judgment and Permanent Injunction, People v. Intuit Inc., JCCP No. 5067, dated June 25, 2022 (RX261) |
| | 7 | Joshua D. Wright, Section 5 Revisited: Time for the FTC to Define the Scope of Its Unfair Methods of Competition Authority, https://www.ftc.gov/system/files/documents/public_statements/626811/150226bh_section_5_symposium.pdf, dated February 26, 2015 (RX101) |
| | 8 | Guy Rolnick, Q&A with FTC Chair Lina Khan: "The Word 'Efficiency' Doesn't Appear Anywhere in the Antitrust Statutes," https://www.promarket.org/2022/06/03/qa-with-ftc-chair-lina-khan-the-word-efficiency-doesnt-appear- |

---

\* This exhibit is the public version of the commission's opinion. The sealed version of this opinion was docketed in this case along with Intuit's petition for review.

|   |    |                                                                                                                                                                                      |
|---|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   |    | anywhere-in-the-antitrust-statutes/, dated June 3, 2022 (RX103)                                                                                                                      |
|   | 9  | Excerpts of House Committee on the Judiciary Hearing Regarding Oversight of the Federal Trade Commission (July 13, 2023)                                                             |
|   | 10 | Raval, D., "Whose Voice Do We Hear in the Marketplace? Evidence from Consumer Complaining Behavior," Marketing Science, Jan-Feb 2020 (RX1552)                                        |
|   | 11 | Excerpts of Trial Transcript, Volume 4, dated April 3, 2023                                                                                                                          |
|   | 12 | Excerpts of Trial Transcript, Volume 6, dated April 5, 2023                                                                                                                          |
|   | 13 | Excerpts of Declaration of Peter Golder, In the Matter of Intuit Inc., Docket No. 9408, January 13, 2023 (RX1018)                                                                    |
|   | 14 | Screenshot of TY22 Video ad re: "Taxbourine" (Free Edition) (RX1547)                                                                                                                 |
|   | 15 | Screenshot of Apple News ad (GX734)                                                                                                                                                  |
| E |    | Order Withdrawing Matter from Adjudication Pursuant to Rule 3.26(c) of the Commission Rules of Practice (May 6, 2022)                                                                |
| F |    | Order Returning the Matter to Adjudication and Setting a New Evidentiary Hearing Date (August 19, 2022)                                                                              |
| G |    | Excerpts of Complaint Counsel's Reply to Intuit Inc.'s Supplemental Response to Statement of Material Facts, served on September 29, 2022 (RX277)                                    |
| H |    | Order Denying Respondent's Motion to Compel Production of Documents (October 20, 2022)                                                                                               |
| I |    | Order Denying Respondent's Motion for Discovery Pursuant to Rule 3.36 (November 7, 2022)                                                                                             |
| J |    | Order Denying Respondent's Motion to Compel Production of Documents and a Revised Privilege Log (January 3, 2023)                                                                    |
| K |    | Opinion and Order Denying Summary Decision (January 31, 2023)                                                                                                                        |
| L |    | Order Denying Motion to Disqualify (October 19, 2023)                                                                                                                                |

| | | |
|---|---|---|
| M | | Order Scheduling Oral Argument (October 31, 2023) |
| N | | Order Extending Deadline for Commission Decision on Appeal (December 11, 2023) |
| O | | Order Further Extending Deadline for Commission Decision on Appeal (January 9, 2024) |
| P | | Decision and Order Denying Respondent's Application for Stay of Order Pending Review by U.S. Court of Appeals (February 29, 2024) |