# EXHIBIT D

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

INTUIT INC.,

      Petitioner,

v.

FEDERAL TRADE COMMISSION,

      Respondent.

_____

Case No. 24-60040

## DECLARATION OF DANIEL S. VOLCHOK
## IN SUPPORT OF PETITIONER'S MOTION FOR STAY
## PENDING FINAL DECISION ON PETITION FOR REVIEW

I, Daniel S. Volchok, declare as follows:

1. I submit this declaration in support of Intuit's motion for a stay pending judicial review of the cease-and-desist order entered by the Federal Trade Commission on January 19, 2024 (the "Order").

2. I am a partner at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP. I have served as counsel for Intuit concerning matters related to the underlying FTC proceeding since early 2020.

3. From my role as counsel for Intuit, I have personal knowledge of the record in the underlying Commission proceeding, FTC Docket No. 9408, *Matter of Intuit Inc. (TurboTax)*.

4. This proceeding stemmed from an investigation the Commission began in 2019. That investigation culminated in the filing of an administrative complaint on March 28, 2022.

5. In the administrative proceeding, FTC counsel litigating the complaint moved for summary decision on August 22, 2022. At that time, Intuit had not had any chance to take discovery.

6. Attachment 1 to this declaration is a screenshot of the title card from a 2022 Turbotax video advertisement. This ad was admitted into evidence in the FTC administrative proceeding as RX202.

7. Attachment 2 to this declaration is a screenshot of a 2022 Turbotax static display advertisement. This ad was admitted into evidence in the FTC administrative proceeding as GX197.

8. Attachment 3 to this declaration is a screenshot of a Tax Year 2021 Turbotax paid-search advertisement. This ad was admitted into evidence in the FTC administrative proceeding as GX195.

9. Attachment 4 to this declaration is a screenshot of a 2022 Turbotax email advertisement. This ad was admitted into evidence in the FTC administrative proceeding as GX447.

10. Attachment 5 to this declaration is a screenshot of a pop-up screen that appeared when a user clicked the "Simple tax returns only" hyperlink while

visiting Turbotax.com in 2022. This screenshot was admitted into evidence in the FTC administrative proceeding as RX3.

11. Attachment 6 to this declaration is the consent order entered into between Intuit and the attorneys general of all 50 states and Washington, D.C., as entered as a final judgment and permanent injunction in California state court. This order was admitted into evidence in the FTC administrative proceeding as RX261.

12. Attachment 7 to this declaration is a transcript of remarks made by Joshua D. Wright on February 26, 2015, at a symposium on section 5 of the Federal Trade Commission Act. This transcript was admitted into evidence in the FTC administrative proceeding as RX101.

13. Attachment 8 to this declaration is a June 3, 2022 article entitled "Q&A With FTC Chair Lina Khan: 'The Word "Efficiency" Doesn't Appear Anywhere in the Antitrust Statutes.'" This article was admitted into evidence in the FTC administrative proceeding as RX103.

14. Attachment 9 to this declaration consists of relevant excerpts of the official transcript of a July 13, 2023 hearing before the House Judiciary Committee entitled "Oversight of the Federal Trade Commission."

15. Attachment 10 to this declaration is an article by Devesh Raval titled "Whose Voice Do We Hear in the Marketplace? Evidence from Consumer

Complaining Behavior." This article was admitted into evidence in the FTC administrative proceeding as RX1552.

16. Attachment 11 to this declaration consists of relevant excerpts of volume 4 of the transcript of the evidentiary hearing before the administrative law judge in the FTC administrative proceeding, dated April 3, 2023.

17. Attachment 12 to this declaration consists of relevant excerpts of volume 6 of the transcript of the evidentiary hearing before the administrative law judge in the FTC administrative proceeding, dated April 5, 2023.

18. Attachment 13 to this declaration consists of relevant excerpts of the expert report of Peter Golder, dated January 13, 2023. This report was admitted into evidence in the FTC administrative proceeding as RX1018.

19. Attachment 14 to this declaration is a screenshot of the title card from a 2023 Free Edition video advertisement. This ad was admitted into evidence in the FTC administrative proceeding as RX1547.

20. Attachment 15 to this declaration is a screenshot of a 2023 static display advertisement for Free Edition. This ad was admitted into evidence in the FTC administrative proceeding as GX734.

I declare under penalty of perjury that the foregoing is true.

Executed on this 1st day of March, 2024, in Washington, D.C.

    By:   /s/ Daniel S. Volchok
           Daniel S. Volchok