# EXHIBIT D

# ATTACHMENT 1



TurboTax Free Edition is for simple U.S. returns only. See if you qualify at turbotax.com. Offer subject to change.