# EXHIBIT D

# ATTACHMENT 2


Case: 24-60040woot;Document: 34-8woot;Page: 2woot;Date Filed: 03/01/2024

CC-00005839