# EXHIBIT D

# ATTACHMENT 3



GOVERNMENT EXHIBIT 195

Google | file my taxes for free

All · Shopping · News · Videos · Maps · More · Tools

About 3,000,000,000 results (0.45 seconds)

Ad · https://turbotax.intuit.com/free/taxes

### TurboTax® Free Edition - $0 Fed. $0 State. $0 To File.

**Free** For Simple **Tax Returns** Only With TurboTax® **Free** Edition. Get Your Max Refund Today.
**Free** Online **Tax** Filing w/ America's Leader In **Taxes**. Get Your Max Refund With...

**Free Tax Refund Estimate**
Use Our Tax Calculator To Find Out How Much You'll Get Back This Year.

**Snap A Photo Of Your W-2**
Securely Import and Autofill Data. Do Your Taxes Anytime, Anywhere.

Case: 24-60040  Document: 34-9  Page: 2  Date Filed: 03/01/2024

CC-00005837