# EXHIBIT D

# ATTACHMENT 4



**TAXES DUE BEFORE MIDNIGHT!**

# FINAL DAY TO FILE

File for free and get your maximum refund – guaranteed.

**File for $0**

TurboTax Free Edition, for simple tax returns only*

**FREE** | **$0** Fed | **$0** State | **$0** To File | ★★★★★ 4.9 average user rating

TurboTax Free Edition, for simple tax returns only*

Sign in with your User ID  **Go**




**GOVERNMENT EXHIBIT 477**

🔒 **Check before you click!** TurboTax will never ask you for personal information in an email. When you click on a link, the address should always contain "intuit.com/".

**intuit** — turbotax · quickbooks · mint · credit karma · mailchimp

Legal
Privacy
Security

*A simple tax return is Form 1040 only. Situations covered in TurboTax Free Edition, TurboTax Live Basic, and TurboTax Live Full Service Basic:
· W-2 income
· Limited interest and dividend income reported on a 1099-INT or 1099-DIV
· Claiming the standard deduction
· Earned Income Tax Credit (EIC)
· Child tax credits
· Student Loan Interest deduction

Maine and Massachusetts 2021 taxes are due by April 19, 2022.

Prices ultimately determined at time of print or e-file. Terms, conditions, features, availability, pricing, fees, service and support options subject to change without notice.

Refund amounts shown are for example only. Your refund is based on your tax situation.

Click here to see TurboTax product guarantees, disclaimers and other important information.

This email was sent to the following address:
▬▬▬▬▬
Did you receive this email in error? Find out why
If you feel you have received this message in error or would like to unsubscribe, please click here or go to Manage Preferences.

© 2022 Intuit Inc. All rights reserved. Trademark.

Customer Communications, 2800 E. Commerce Center Place, Tucson, AZ 85706

3008-003A

Case: 24-60040    Document: 34-10    Page: 2    Date Filed: 03/01/2024

CC-00010142