# EXHIBIT D

# ATTACHMENT 9

AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

# OVERSIGHT OF THE FEDERAL TRADE COMMISSION

## HEARING

BEFORE THE

COMMITTEE ON THE JUDICIARY

U.S. HOUSE OF REPRESENTATIVES

ONE HUNDRED EIGHTEENTH CONGRESS

FIRST SESSION

---

THURSDAY, JULY 13, 2023

---

**Serial No. 118–33**

---

Printed for the use of the Committee on the Judiciary

Available via: *http://judiciary.house.gov*

U.S. GOVERNMENT PUBLISHING OFFICE

52–955 WASHINGTON : 2023

COMMITTEE ON THE JUDICIARY

JIM JORDAN, Ohio, *Chair*

DARRELL ISSA, California
KEN BUCK, Colorado
MATT GAETZ, Florida
MIKE JOHNSON, Louisiana
ANDY BIGGS, Arizona
TOM McCLINTOCK, California
TOM TIFFANY, Wisconsin
THOMAS MASSIE, Kentucky
CHIP ROY, Texas
DAN BISHOP, North Carolina
VICTORIA SPARTZ, Indiana
SCOTT FITZGERALD, Wisconsin
CLIFF BENTZ, Oregon
BEN CLINE, Virginia
LANCE GOODEN, Texas
JEFF VAN DREW, New Jersey
TROY NEHLS, Texas
BARRY MOORE, Alabama
KEVIN KILEY, California
HARRIET HAGEMAN, Wyoming
NATHANIEL MORAN, Texas
LAUREL LEE, Florida
WESLEY HUNT, Texas
RUSSELL FRY, South Carolina

JERROLD NADLER, New York, *Ranking Member*
ZOE LOFGREN, California
SHEILA JACKSON LEE, Texas
STEVE COHEN, Tennessee
HENRY C. “HANK” JOHNSON, JR., Georgia
ADAM SCHIFF, California
ERIC SWALWELL, California
TED LIEU, California
PRAMILA JAYAPAL, Washington
J. LUIS CORREA, California
MARY GAY SCANLON, Pennsylvania
JOE NEGUSE, Colorado
LUCY McBATH, Georgia
MADELEINE DEAN, Pennsylvania
VERONICA ESCOBAR, Texas
DEBORAH ROSS, North Carolina
CORI BUSH, Missouri
GLENN IVEY, Maryland
BECCA BALINT, Vermont

# CONTENTS

THURSDAY, JULY 13, 2023

## OPENING STATEMENTS

| | Page |
|---|---|
| The Honorable Jim Jordan, Chair of the Committee on the Judiciary from the State of Ohio | 1 |
| The Honorable Jerrold Nadler, Ranking Member of the Committee on the Judiciary from the State of New York | 3 |

## WITNESS

| | |
|---|---|
| The Hon. Lina Khan, Chair, Federal Trade Commission | |
| Oral Testimony | 5 |
| Prepared Testimony | 7 |

## LETTERS, STATEMENTS, ETC. SUBMITTED FOR THE HEARING

| | |
|---|---|
| All materials submitted for the record by the Committee on the Judiciary are listed below | 112 |

An Attorney Detail Report of Lina Khan, New York State Unified Court System, Jul. 13, 2023, submitted by the Honorable Harriet Hageman a Member of the Committee on the Judiciary from the State of Wyoming, for the record

A letter from Lina Khan to the Honorable Cathy McMorris Rodgers, Chair of the House Energy and Commerce Committee from the State of Washington and the Honorable Jim Jordan, Chair of the Committee on the Judiciary from the State of Ohio, submitted by the Honorable Jerrold Nadler, Ranking Member of the Committee on the Judiciary from the State of New York, for the record

A letter from Small Business Rising, Jul. 11, 2023, to the Honorable Chair Jordan, Chair of the Committee on the Judiciary, from the State of Ohio, and the Honorable Nadler, Ranking Member of the Committee on the Judiciary from the State of New York, submitted by the the Honorable Henry C. "Hank" Johnson, Jr., a Member of the Committee on the Judiciary from the State of Georgia, for the record

Materials submitted by the Honorable Adam Schiff, a Member of the Committee on the Judiciary from the State of California, for the record
- An article entitled, "Elon Musk, King of Censorship: 10 Times the 'Free Speech Absolutist' Silenced Twitter Users," Jun. 25, 2023, Yahoo News
- An article entitled, "Twitter is complying with more government demands under Elon Musk," Apr. 27, 2023, Rest of the World

An article entitled, "Ethics Official Owned Meta Stock While Recommending FTC Chair Recuse Herself From Meta Case," Jun. 30, 2023, The Wall Street Journal, submitted by the Honorable Madeleine Dean, a Member of the Committee on the Judiciary from the State of Pennsylvania, for the record

Materials submitted by the Honorable Glenn Ivey, a Member of the Committee on the Judiciary from the State of Maryland, for the record
- An article entitled, "Does Justice Alito Hear Himself?" Jun. 22, 2023, The New York Times
- An article entitled, "Samuel Alito's Wife Leased Land to an Oil and Gas Firm While the Justice Fought the EPA," Jun. 26 2023, The Intercept

Page

Materials submitted by the Honorable Glenn Ivey, a Member of the Committee on the Judiciary from the State of Maryland, for the record—Continued

A collaborative letter to the Honorable Kevin McCarthy and the Honorable Jim Jordan, Apr. 17, 2023

A report entitled, "Assessment of Costs Associated with the Implementation of the Federal Trade Commission Notice of Proposed Rulemaking (RIN 2022–14214), CFR Part 463," May 2023, Center for Automotive Research, submitted by the Honorable Wesley Hunt, a Member of the Committee on the Judiciary from the State of Texas, for the record

Materials submitted by the Honorable Jeff Van Drew, a Member of the Committee on the Judiciary from the State of New Jersey, for the record

An article entitled, "Linda Khan Has Some Explaining to do," Jul. 12, 2023, Americans for Tax Reform

An article entitled, "Khan Reveals That She 'Handpicked' Controversial Unpaid Consultants," Apr. 18, 2023, Americans for Tax Reform

QUESTIONS AND RESPONSES FOR THE RECORD

Questions for the Hon. Lina Khan, Chair, Federal Trade Commission, from the Honorables Darrell Issa from the State of California, Scott Fitzgerald from the State of Wisconsin, Lance Gooden from the State of Texas, Nathaniel Moran from the State of Texas, Laurel Lee from the State of Florida, Harriet Hageman from the State of Wyoming, Wesley Hunt from the State of Texas, Ted Lieu from the State of California, Zoe Lofgren from the State of California, and Mary Gay Scanlon from the State of Pennsylvania, for the record

A response from the Hon. Lina Khan, Chair, Federal Trade Commission

vent from closing or bankrupting the system and its constituent parts.

We are also seeing this troubling national trend in which private equity firms have embarked on a buying spree to scoop up smaller healthcare groups. There was a revealing report from the Petris Center at UC Berkeley and the Washington Center for Equitable Growth detailing the trend of private equity firms buying up multiple doctor groups in a city and then using that consolidation to raise prices. So, we are really concerned about this trend that is reducing access to healthcare and then raising prices.

So, what is the FTC's response to the call for more regulatory scrutiny over these transactions and how can it increase oversight and enforcement activities to ensure that we preserve market competitiveness in our healthcare system?

Ms. KHAN. This is such an important issue, Congresswoman, and we at the FTC, our team has done a fantastic job really addressing hospital consolidation. In particular, in local markets we've had a whole set of successes really spanning hospitals trying to merge in ways that would have hurt patients. Our staff was able to block that transaction and the parties walked away.

I think you're absolutely right though that today we're seeing different types of strategies including the incursion of private equity. I recently met with some emergency medicine physicians who had come from across the country who were sharing how the incursion of private equity is really harming quality of healthcare for people in very material ways. So, that's something that's on our radar.

We're trying to figure out how do we update our tools to be able to address this. We recently issued some proposed updates to what's known as our Hart-Scott-Rodino Form. Sounds very technical, but it's basically the information that parties have to provide us when they're looking to make an acquisition. Partly those changes would give us more insight into some of the type of rollup strategies that you're mentioning so that we know on day one whether a private equity firm has this history of roll-ups that should put us on high alert. So, definitely something that we're looking at closely.

Ms. SCANLON. OK. I have got a couple more questions on that same topic that I will save for the next round or submit to you, but I did want to yield 30 seconds to Representative Jayapal.

Ms. JAYAPAL. Thank you so much, Representative Scanlon.

I just wanted to say quickly before I ask my question that I was not trying to attack the ethics of your ethics officer. I was trying to point out the hypocrisy of those on the other side who raised that you have conflict of interest and don't mention the other issues that might exist there.

I just want to go to evil actors because there is one more I really want to talk about, and that is tax preparation companies. For years Intuit, the maker of TurboTax, flooded consumers with ads promising free, free, free tax filing services only to trick and trap them into paying, which is why taxpayers pay $250 on average each year just for the privilege of filing their taxes.

So, State Attorney Generals have won taxpayer's money from Intuit and the FTC has also taken action. Can you just speak about that?

Ms. KHAN. Yes, absolutely. So, last year the FTC brought a lawsuit against Intuit for those very types of deceptive practices that are laid out in our complaint. That is still pending, but I couldn't agree more that claims of something being free but then ultimately not being so really hurts people.

Mr. GAETZ. The gentlelady's time is expired.

The gentleman from Louisiana is recognized for five minutes.

Mr. JOHNSON of Louisiana. Thank you, Mr. Chair.

Chair Khan, I'd like to begin with policies related to diversity, equity, and inclusion, DEI, that you have instituted at the FTC during your tenure.

Last month you implemented a so-called Equity Action Plan that calls on the FTC's Bureau of Competition to, quote, "update its case selection based on those two criteria." Allowing the bureau to wade into picking cases based on these amorphous terms like equity is an idea that we believe is fraught with problems.

You have also hired staff who have published articles on the topic of, quote, "antiracist antitrust." Can you explain to the Committee what that means? What does that term mean?

Ms. KHAN. Congressman, it's not a term that I've used. I can say generally I know that there is a lot of worry that concentrated economic power hurts everybody, all communities, and that the FTC needs to be mindful to make sure that our work is focused on the harm that is affecting everybody.

Mr. JOHNSON of Louisiana. Everybody, right? So antiracism should not play a factor in competition and consumer protection policies at the FTC, right?

Ms. KHAN. Congressman, we bring our lawsuits based on the law at and. We look at closely at where we—

Mr. JOHNSON of Louisiana. This is not one of the factors? Antiracism is not going to be used under your watch, right?

Ms. KHAN. There are instances in which Congress has asked the FTC to look at whether particular communities are being defrauded. In those instances, we follow what Congress has told us to do, but otherwise we just follow the general laws, that's correct.

Mr. JOHNSON of Louisiana. OK. A senior staffer at your FTC recently attended an event, gave a speech, and discussed, quote, "applying a gender lens to antitrust," in which the senior staffer praised a cross-agency equity team. Are you applying a gender lens in the context of antitrust analysis now?

Ms. KHAN. To be honest, I'm not really sure what that means.

Mr. JOHNSON of Louisiana. We aren't, either. I hope you are not using it. OK. Is there a cross-agency equity team? Was she accurate about that?

Ms. KHAN. We have a lot of cross-agency teams. There are teams that are focused on how you make the FTC a better place to work, including by making sure that certain types of—

Mr. JOHNSON of Louisiana. OK. Equity is not in your bailiwick now. You don't have a team dedicated to that, correct?

Ms. KHAN. We have a cross-agency team that's thinking about how to make sure that the FTC is a good place—

Mr. JOHNSON of Louisiana. OK. She just overspoke. OK. I got it, for time. Don't you think reorienting the FTC from protecting consumers to protecting favored groups, that this idea would run