# EXHIBIT D

# ATTACHMENT 11

```
 1                    UNITED STATES OF AMERICA
 2                    FEDERAL TRADE COMMISSION
 3
 4   In the Matter of:              )
 5   INTUIT, INC.,                   )
 6         a corporation,            )  Docket No. 9408
 7             Respondent.           )
 8   ------------------------------)
 9
10
11                       TRIAL, VOLUME 4
12                     MONDAY, APRIL 3, 2023
13                        PUBLIC SESSION
14
15
16
17         BEFORE THE HONORABLE D. MICHAEL CHAPPELL
18              Chief Administrative Law Judge
19
20
21
22
23
24
25             Reported by:  Sally Jo Quade, RPR
```

541

Trial - Public Record

Intuit, Inc.                                                         4/3/2023

```
 1    APPEARANCES:
 2    ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 3            ROBERTO ANGUIZOLA, ESQ.
 4            JAMES EVANS, ESQ.
 5            REBECCA PLETT, ESQ.
 6            SARA TONNESEN, ESQ.
 7            Federal Trade Commission
 8            400-7th Street, S.W.
 9            Washington, D.C.  20024
10            ranguizola@ftc.gov
11
12    ON BEHALF OF RESPONDENT:
13            DAVID Z. GRINGER, ESQ.
14            HOWARD SHAPIRO, ESQ.
15            JONATHAN PAIKIN, ESQ.
16            JENNIFER MILICI, ESQ.
17            DEREK WOODMAN, ESQ.
18            BENJAMIN CHAPIN, ESQ.
19            Wilmer Cutler Pickering Hale and Dorr LLP
20            7 World Trade Center
21            250 North Greenwich Street
22            New York, New York  10007
23            (212) 230-8800
24            david.gringer@wilmerhale.com
25
```

542

Trial - Public Record

Intuit, Inc.  4/3/2023

```
 1    ON BEHALF OF MCAFEE AND THE WITNESS:
 2            JOHN E. VILLAFRANCO, ESQ.
 3            Kelley, Drye & Warren
 4            Washington Harbour, Suite 400
 5            3050 K Street, N.W.
 6            Washington, DC 20007
 7            (202) 342-8423
 8            jvillafranco@kelleydrye.com
 9
10    ALSO PRESENT:
11            Thomas Henry, Esq., Intuit
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

543
Trial - Public Record
Intuit, Inc.                                                              4/3/2023

```
 1                        I N D E X
 2
 3    Witness:    Direct:   Cross:   Redirect:   Recross:   Court:
 4    Johnson      546       631       651         653
 5                           656       678
 6    Ryan         686
 7
 8
 9                       E X H I B I T S
10    Number:      Marked:   Admitted:    Withdrawn/Stricken:
11    Respondent's:
12    Number 813-A    --        679
13
14
15
16
17
18
19
20
21
22
23
24
25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1   short break.  Remember, we are going no later than 5:30
2   today.  If you find an appropriate breaking time any
3   time after 5:15, let me know.
4          MR. PAIKIN:  Thank you, Your Honor.  I will.
5          JUDGE CHAPPELL:  We will return at 4:20.  We are
6   in recess.
7          (Whereupon, there was a recess in the
8   proceedings.)
9          JUDGE CHAPPELL:  We are back on the record.
10         Go ahead.
11         BY MR. PAIKIN:
12     Q.  Ms. Ryan, before the break, we were just pulling
13  up RX 78, and let's pull that up again, and are you
14  familiar with RX 78?
15     A.  Yes, I am.
16     Q.  What is it?
17     A.  It's a report on the IRS Free File Program.
18     Q.  And let's turn to page 18 of RX 78.  And what is
19  described on PDF page 18 of RX 78?
20     A.  It's an illustration of the percentage of free
21  file tax returns by IRS determinative levels of
22  complexity for tax year 2019.
23     Q.  And what are the categories that the IRS uses to
24  describe the levels of complexity for tax returns?
25     A.  Simple, intermediate and complex.

729
Trial - Public Record
Intuit, Inc.                                        4/3/2023

1    Q.  And if you look in the note below the chart, how
2    does the IRS describe simple returns?
3    A.  It defines it as simple returns are without any
4    schedules.
5    Q.  And is that IRS definition consistent with
6    Intuit's definition of a simple return?
7    A.  Yes, it is.
8    Q.  And let's pull that down.  Now, you also
9    mentioned that Intuit uses the term "simple returns"
10   because that's a phrase that competitors use as well.
11   A.  Yes.
12   Q.  And let's look at an example of that.  Let's pull
13   up GX 787, which is a tax year '18 Tax Act video add.
14   Oh, actually, let me correct that, it's actually GX 789.
15   I had the wrong exhibit number.
16        (Whereupon, GX 789 was played for the record.)
17        "No one likes doing taxes, but get up to $100
18   bonus with Tax Act.  Know what else people don't like?
19   Laundry.  We made that better, too.  You're getting $100
20   buck.
21        "Are you kidding me?
22        "File with TaxAct for free, and get up to $100
23   bonus.
24        "TaxAct."
25        (End of video.)

1      BY MR. PAIKIN:
2      Q.  Are you familiar with this ad, Ms. Ryan?
3      A.  Yes, I am.
4      Q.  And is there a disclosure about who can file for
5   free with Tax Act in this ad?
6      A.  Yes.
7      Q.  And how does Tax Act describe who can qualify?
8      A.  It includes the phrase "simple federal taxes."
9      Q.  And can you read the disclosure on the bottom of
10  the Tax Act ad?
11     A.  Sure.  It says, "While not everyone has simple
12  federal taxes that can be filed for free, anyone
13  e-filing with Tax Act who gets at least a $750 refund
14  can receive up to $100 by putting their refund on a gift
15  card.  Check out www.taxact.com for more info."
16     Q.  Let's take that down.
17         Let's now continue in the chronology and let's
18  talk about tax year 2020, which would be the beginning
19  of calendar year 2021.  Did Intuit continue to market
20  its Free Edition product in that tax year?
21     A.  Yes.
22     Q.  And let's pull up GX 654.
23         And, Ms. Ryan, are you familiar with GX 654?
24     A.  Yes.
25     Q.  And what is it?

1  a little bit of help or a little bit of assistance that
2  we wanted to and can offer for free for simple tax
3  returns.
4      Q.  Let's watch a television advertisement for the
5  free TurboTax Live Basic offer from tax year 2020 and
6  let's pull up RX 1125.
7          (Whereupon, RX 1125 was played for the record.)
8          "Who's that?
9          "The free TurboTax Live tax expert.
10         "Why do you need a tax expert?
11         "His advice is free and I can file for free.
12         "Is my son still a dependent if he eats my food?
13         "File a simple return for free, now with advice
14  from a TurboTax Live expert."
15         (End of video.)
16         BY MR. PAIKIN:
17     Q.  Ms. Ryan, were you involved in the approval
18  process for this ad?
19     A.  Yes, I was.
20     Q.  And does this advertisement say that all TurboTax
21  products are free?
22     A.  No, it does not.
23     Q.  Was this ad intended to convey that all TurboTax
24  products are free?
25     A.  No.

744
Trial - Public Record
Intuit, Inc.                                                                   4/3/2023

1   Q.  What do the written disclosures say?
2   A.  That it's the product is TurboTax Live Basic, it
3   says, "File a simple return free, with free expert
4   advice until 2/15."  And then at the bottom it says,
5   "TurboTax Live Basic is for simple tax returns only.
6   See if you qualify at turbotax.com.  Must file by 2/15
7   for free offer.  Offer subject to change."
8   Q.  And what does the audio disclosure say in this
9   advertisement?
10  A.  The audio also includes filing a simple return
11  for free.
12  Q.  Why did Intuit continue to use simple returns
13  language in its ads to disclose eligibility
14  qualifications for free in tax year 2020?
15  A.  It aligns with the IRS and government
16  description.  The category and competitors all use a
17  similar term, and it generally fits with consumer
18  understanding of taxes.
19  Q.  And let's watch a TaxSlayer video ad from that
20  year, this is GX 824.
21      (Whereupon, GX 824 was played for the record.)
22      "We are a tax-slaying force.  We do taxes right.
23      "And we file them for free.
24      "We're talking zip.  Zero.
25      "Zilch.  Nada.  No surprises, no hidden fees.

```
 1            "Just the biggest refund possibly, guaranteed.
 2            "For most of the year, we're everyday people.
 3            "But right now, we're all tax slayers, and taxes
 4   don't stand a change.  TaxSlayer.  It's your refund, go
 5   get it."
 6            (End of video.)
 7            BY MR. PAIKIN:
 8       Q.   Ms. Ryan, are you familiar with this ad?
 9       A.   Yes.
10       Q.   And did TaxSlayer have eligibility qualifications
11   for its free product?
12       A.   Yes.
13       Q.   And how did TaxSlayer disclose those eligibility
14   qualifications in their ad?
15       A.   Written.
16       Q.   And could you read the written disclosure that
17   appeared in that ad?
18       A.   Sure.  "Simply free," in quotes, "($0 federal and
19   $0 state tax returns) is not available for all tax
20   situations.  Eligibility is limited to qualifying simple
21   tax situations and is determined at the time of e-file.
22   See site for full details."
23       Q.   And let's pull that down.
24            Did Intuit continue to offer its free TurboTax
25   Live Basic in tax year 2021, which would be calendar
```

748

Trial - Public Record

Intuit, Inc.  4/3/2023

1  the start?
2      A.  So that they have the right level of support, the
3  right forms, and so that it's ultimately a good
4  experience -- a good experience for our customers.
5      Q.  Let's watch a tax year 2021 TV ad for TurboTax
6  Live Basic.  It's RX 590.
7          (Whereupon, RX 590 was played for the record.)
8          "Steven, did you know TurboTax is free no matter
9  how you want to file?
10          "I don't believe that.
11          "It's true.  Anyone with a simple tax return can
12  get help from an expert for free.
13          "That can't be true.
14          "It is.  And with TurboTax Live, our experts will
15  even file your taxes for you for free.
16          "Honestly, that sounds amazing.
17          "For a limited time, TurboTax is free for simple
18  returns, no matter how you file."
19          (End of video.)
20          BY MR. PAIKIN:
21      Q.  And were you involved in the approval process for
22  this ad, Ms. Ryan?
23      A.  Yes, I was.
24      Q.  Does this advertisement state that all TurboTax
25  products are free?

749
Trial - Public Record
Intuit, Inc.
4/3/2023

1   A.   No, it does not.
2   Q.   Was this advertisement intended to convey the
3   message that all TurboTax products are free?
4   A.   No, it was not.
5   Q.   And what does the written disclosure in the ad
6   say?
7   A.   It says, "For simple tax returns only.  See if
8   you qualify at turbotax.com.  Must file by 2/15 for free
9   offer.  Offer subject to change."
10   Q.   And what does the audio disclosure say, if you
11   can recall?  And I can play it again.  It's been a long
12   day.  But I know you probably can recall it.
13   A.   Something along the lines of, you can file a
14   simple return for free any way you want to file.
15   Q.   And when we hear the phrase, I think it was "free
16   for simple returns no matter how you file," what does
17   that mean?
18   A.   It's going back to our three different service
19   levels.  So you could file a simple tax return for free
20   in our do-it-yourself or DIY product.  You can use our
21   Live Assisted product, which is the tax expert help
22   along the way.  And then a final review of your return.
23   And new this -- the year that this ad ran, we expanded
24   the free offer to include our full-service service
25   level.  So literally a simple -- someone with a simple

750

Trial - Public Record

Intuit, Inc. 4/3/2023

1  tax return could have a tax pro prepare and file their
2  returns for free using our full-service basic offer, or
3  basic SKU.
4      Q.   And why did Intuit continue to use the simple
5  returns disclosure language in its ads in that tax year?
6      A.   It aligns with the IRS and government definition.
7  Our competitors use it across the category.  And it
8  generally aligns with consumers' understanding.
9      Q.   And let's watch another test --
10          JUDGE CHAPPELL:  Hold on, let's go back to that
11  screen you were talking about.
12          MR. PAIKIN:  Andy, can we pull that back up?
13          JUDGE CHAPPELL:  I see on this one and on many of
14  them there are dates.  For example, the bottom says,
15  "Must file by 2/15."  Do you know for certain what date
16  you stopped running an ad like this one?  For example,
17  does it continue to run after 2/15?
18          THE WITNESS:  No, Your Honor.  We typically for
19  any time-based promotion like this, we will stop
20  advertising for it usually about seven to 10 days before
21  the offer expires.
22          JUDGE CHAPPELL:  All right.  Thank you.
23          THE WITNESS:  You're welcome, Your Honor.
24          BY MR. PAIKIN:
25      Q.   And we were just about -- I was pulling up a

1   Q.  And do you plan to continue following the
2   settlement's requirements for video ads?
3   A.  Yes, we do.
4   Q.  In terms of display ads, what does the settlement
5   with the states' attorneys general require?
6   A.  It requires the inclusion of eligibility
7   requirements as well as a hyperlink to a webpage that
8   includes full, more detailed eligibility requirements.
9   Q.  And has Intuit always included hyperlinks to the
10  TurboTax website in its Free Edition display ads?
11  A.  Yes.
12  Q.  So even before the settlement, right?
13  A.  Yes.
14  Q.  And but that also is now as part of the
15  settlement something that's required going forward?
16  A.  Yes.
17  Q.  Has Intuit followed the settlement requirements
18  as to the display ads?
19  A.  Yes, we have.
20  Q.  And does Intuit plan to continue following those
21  requirements?
22  A.  Yes.
23  Q.  Let's take a look at some of the TurboTax
24  advertisements since the settlement, and let's watch a
25  TurboTax TV ad from this year, this is RX 1444.

1             (Whereupon, RX 1444 was played for the record.)
2             "Filing a simple return for free with the help of
3    a TurboTax expert.  See if you qualify at turbotax.com."
4             (End of video.)
5             BY MR. PAIKIN:
6        Q.   Ms. Ryan, were you involved in the approval
7    process for this ad?
8        A.   Yes, I was.
9        Q.   Does this advertisement state that all TurboTax
10   products are free?
11       A.   No, it does not.
12       Q.   Was this advertisement intended to convey that
13   all TurboTax products are free?
14       A.   No, it does not.
15       Q.   And what does this advertisement say?
16       A.   That TurboTax Live Assisted Basic is free, and in
17   the written disclosure, that it's "simple returns only.
18   See if you qualify at turbotax.com.  Ends 3/31.  Offer
19   subject to change."
20       Q.   And what about the audio?
21       A.   The audio includes filing a simple return for
22   "Free feels pretty good," and then "See if you qualify
23   at turbotax.com."
24       Q.   And does this ad comply with the settlement with
25   the states' attorneys general?

1    A.  Yes, it does.
2    Q.  And why has Intuit continued to use "simple
3  returns" language to describe its free products
4  eligibility qualifications?
5    A.  It aligns with the IRS and government
6  definitions.  It's what our competitors across the
7  category use.  And it generally fits with consumer
8  understanding.
9    Q.  And let's watch a TV ad from H&R Block from this
10  tax year.  This is RX 1341.
11        (Whereupon, RX 1341 was played for the record.)
12        "Do your own taxes online with H&R Block and tax
13  season feels just as good as all those other seasons.
14  Like football season.
15        "Simple returns file free.
16        "That is just good taxes right there.
17        "Upload last year's TurboTax return and switch to
18  H&R Block."
19        (End of video.)
20        BY MR. PAIKIN:
21    Q.  Let's back it up a little to where the language
22  that appears over the football stadium.  And, Ms. Ryan,
23  are you familiar with this H&R Block ad that's running
24  this year?
25    A.  Yes, I am.

1    Q.  Does H&R Block have eligibility qualifications on
2    its free tax filing products?
3    A.  Yes, it does.
4    Q.  And how does H&R Block describe its eligibility
5    qualifications for its free product in this ad?
6    A.  It states that "simple returns file free."
7    Q.  And let's take a look, we can take that down.
8         Let's take a look at a TurboTax display ad from
9    this tax year.  Let's show RX 1420.  And, Ms. Ryan, were
10   you involved in the approval process for this ad?
11   A.  Yes.
12   Q.  And does this advertisement state that all
13   TurboTax products are free?
14   A.  No, it does not.
15   Q.  Was this advertisement intended to convey that
16   all TurboTax products are free?
17   A.  No.
18   Q.  And what did this advertisement say?
19   A.  It says, "Get your biggest refund for free.
20   Simple tax returns only.  See if you qualify."
21   Q.  And if someone clicks on this ad, where would it
22   take them?
23   A.  It would take them to a webpage with additional
24   qualification details.
25   Q.  And does this ad comply with Intuit's settlement