# EXHIBIT D

# ATTACHMENT 13

Exhibit RX 1018

# UNITED STATES OF AMERICA
# BEFORE THE FEDERAL TRADE COMMISSION

**COMMISSIONERS:**   Lina M. Khan, Chair
Rebecca Kelly Slaughter
Christine S. Wilson
Alvaro M. Bedoya

| | |
|---|---|
| **In the Matter of:**<br><br>**Intuit Inc.,** a corporation. | **Docket No. 9408** |

# EXPERT REPORT OF PROFESSOR PETER N. GOLDER, PH.D.
# JANUARY 13, 2023

TABLE OF CONTENTS

I. Introduction ..................................................................................................... 1
   A. Qualifications ............................................................................................ 1
   B. Case Background ..................................................................................... 3
   C. Assignment .............................................................................................. 7
II. Summary of Opinions ...................................................................................... 9
III. Complaint Counsel's Theories of Deception and Lock-In Are Inconsistent with Marketing Literature and Practice ......................................................... 14
   A. TurboTax Customer Reviews Indicate Customers Receive Benefits from the Service and Do Not Feel Misled ............................................... 16
      1. TurboTax Customer Reviews Reflect Meeting or Exceeding Consumer Expectations ............................................................... 20
      2. TurboTax Customer Reviews and Retention Are Inconsistent with Deception ............................................................................ 28
   B. Customers Are Not Locked-In Once They Have Begun Using TurboTax Free Edition or Filed in Prior Years Using TurboTax Free Edition ..................................................................................................... 30
      1. Many Consumers Try Out Multiple Online Tax Preparation Providers in a Given Year ................................................................ 32
      2. Consumers Regularly Switch Tax Preparation Providers Year to Year .................................................................................. 35
IV. Low Complaint Rates Are Inconsistent with the Theory of Deception Alleged ........................................................................................................... 39
   A. Complaint Counsel and Ms. Shiller's Analyses of Complaints Are Unreliable ................................................................................................ 40
   B. Intuit's Rate of BBB Complaints Is in Line with a Set of Comparable Benchmark Companies ............................................................................ 51
      1. Intuit's Rate of Customer Complaints Is Comparable to Benchmark Companies ............................................................... 53
      2. Intuit's Rates of Keywords Related to Deceptive Advertising or Deceptive Pricing in Complaints Are Comparable to Benchmark Companies ................................................................ 57
V. Intuit's Free Ads Consistently Include Industry Standard Disclosures Across Media That Are in Line with Benchmark Companies' Disclosures and Inform Reasonable Consumers About the Qualifications for Free Offers ........................... 59
   A. Intuit's Free Ads Consistently Include Disclosures that the Free Offer Is for Simple Returns Only ........................................................... 61

|   |    |                                                                                                                                                                                 |       |
|---|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|   | B. | Intuit's Simple Returns Disclosure Effectively Conveys the Existence and Category of Eligibility Limitations for Free Offers                                                    | 65    |
|   |    | 1. Intuit's Simple Returns Disclosure Indicates Both the Existence and Category of Eligibility Restriction and Is Consistent with Industry Norms                                | 65    |
|   |    | 2. A Full Assessment of Whether an Individual's Tax Return Is Simple or Complex Is Not Feasible in an Advertisement                                                             | 72    |
|   | C. | Intuit's Disclosure Proximity and Prominence Are in Line with Benchmark Companies' Disclosures                                                                                  | 78    |
| VI. | Intuit's Free Ads Are One Initial Source of Information in the High-Involvement Consumer Buying Process for Tax Preparation and Would Be Unlikely to Deceive Reasonable Consumers | | 85 |
|   | A. | Reasonable Consumers of Tax Preparation Services Are Typically Careful Buyers Who Make Informed Purchase Decisions                                                              | 86    |
|   | B. | Prolonged Information Search Is Common for High-Involvement Products Like Tax Preparation                                                                                       | 89    |
|   | C. | Advertising Represents Only One Piece of Information in the Consumer Buying Process                                                                                             | 94    |
|   | D. | Consumers Encounter Many Offers for Free Products or Services and Demonstrate Skepticism and an Expectation of Terms and Conditions that Describe Accessing or Keeping the Free Offer | 100 |
| VII. | The TurboTax Website Provides Information in a Clear and Timely Manner | | 106 |
|   | A. | The TurboTax Website Provides Clear Information About the TurboTax Product Lineup and Discloses Up Front that Free Edition Is Not Appropriate for All Tax Situations            | 106   |
|   |    | 1. Homepage                                                                                                                                                                     | 108   |
|   |    | 2. Simple Returns Pop-up                                                                                                                                                        | 112   |
|   |    | 3. Free Edition Landing Page                                                                                                                                                    | 116   |
|   |    | 4. Products & Pricing Page                                                                                                                                                      | 118   |
|   | B. | The TurboTax Website Minimizes the Amount of Time for Consumers to Find the Appropriate Product for Their Tax Situation and Provides Clear Information Throughout the Process   | 123   |
|   |    | 1. The TurboTax Website Contains Functionality to Direct Customers to the Appropriate Product for Their Tax Situation                                                           | 124   |
|   |    | 2. Upgrade Screens Inform Customers as Early as Possible of a Required Upgrade, Minimizing the Time and Effort Customers Spend Before Encountering an Upgrade Screen            | 129   |
|   |    | 3. Even in the Final Stages of the Filing Process, TurboTax Provides Clear Pricing Information to Customers One More Time Before Purchase                                       | 136   |
| VIII. | Reasonable Consumers Are Not Likely to Be Deceived by Intuit's Free Ads | | 139 |

IX. Non-Standard Disclosure Requirements Could Alter TurboTax Free Edition TV Advertising and Could Decrease Awareness and Use of Free Tax Filing Solutions ..................................................................................................................141

    A. Intuit's Investment in Advertising Free Edition Likely Increased the Number of Taxpayers Filing Their Tax Returns for Free...........................................143

    B. Reducing the Impact or Amount of TV Advertising for TurboTax Free Edition Would Not Lead Many, if Any, Consumers to Pay Less to File Their Taxes and Could Lead Many to Pay More to File Their Taxes .......................146
        1. Other Online Tax Preparation Providers................................................. 147
        2. Other Tax Preparation Filing Options..................................................... 148

identifying how to assess whether they qualify. More recent versions of the TurboTax website also include "See if you qualify" links (*see* **Section VII** for discussion of the website).

### B. Intuit's Simple Returns Disclosure Effectively Conveys the Existence and Category of Eligibility Limitations for Free Offers

104. Complaint Counsel argue that the disclosures in Intuit's Free Ads require an understanding of "simple" returns that they claim consumers do not have.[163] In this section, I discuss how Intuit's Simple Returns Disclosure effectively conveys the existence and category of eligibility limitations. I further observe that the complexity (or lack thereof) of an individual consumer's tax return is a widely used concept in the tax preparation industry and is consistent with Intuit's definition.

#### 1. Intuit's Simple Returns Disclosure Indicates Both the Existence and Category of Eligibility Restriction and Is Consistent with Industry Norms

105. As discussed in **Section V.A**, Intuit's Free Ads typically include a Simple Returns Disclosure reflecting the qualification requirements. Specifically, Intuit uses the phrases "for simple U.S. returns" or "simple U.S. returns only" or "simple tax returns only" throughout its ads. The Simple Returns Disclosure efficiently conveys two pieces of information: (1) there is a restriction on who can use the product ("only" or "for"); and (2) that restriction relates to the complexity of the individual's tax return ("simple returns").

106. Reasonable consumers encountering the Simple Returns Disclosure do so in the context of their own prior experience with tax preparation, including experiences with their own tax

---

[163] Motion for Summary Decision, p. 29.

situations, the IRS, and Intuit's competitors (or their experience with TurboTax itself). In line with testimony from multiple consumer deponents, consumers understand that not all returns are simple, and therefore not all consumers can file for free using TurboTax and so are unlikely to believe without additional research or personal experience that TurboTax is "free for them."[164] Additionally, in their supplemental and non-blind coding exercise, Complaint Counsel determined that 78 percent of the consumer complaints in the Revised Production are not responsive to the allegation that "the term 'simple tax returns' is not understood by many consumers."[165] This coding shows that, of the very small number of complaints that are filed against Intuit, an even smaller fraction of them even purport to be related to the understanding of the term "simple tax returns."

107. According to the Government Accountability Office ("GAO"), the IRS itself classifies tax returns as simple, intermediate, and complex.[166] According to a GAO report, the IRS considers "[s]imple returns" to be those "without any schedules."[167] Similarly, an IRS

---

[164] I understand that counsel for Intuit has deposed a total of 22 consumers ("deponents"), 15 of these deponents filed complaints produced by Complaint Counsel in their Initial or Revised Production and the remaining 7 deponents filed declarations after being contacted by Complaint Counsel. *See* Phyfer Deposition, 70:1-7; Lee Deposition, 28:21-29:2; Deposition of Andrew Adamson, *In the Matter of Intuit Inc., A Corporation*, Docket No. 9408, October 6, 2022 ("Adamson Deposition"), 69:19-70:2; Schulte Deposition, 70:19-21.

[165] This allegation relates to Interrogatory No. 7. *See* Complaint Counsel's Supplemental Responses to First and Second Set of Interrogatories, December 22, 2022, pp. 22.

[166] U.S. GAO Report re: IRS Free File Program, p. 14.

[167] The GAO notes that the IRS determines three levels of tax complexity: Simple, Intermediate, and Complex. "IRS defines the categories by accompanying schedules or additional forms associated with specific tax credits. Simple returns are without any schedules. Intermediate returns are with schedules A, B, D, and forms associated with the Additional Child Tax Credit, Educational Credit, Child Care Credit, Credit for the Elderly, or Earned Income Tax Credit. Complex returns are all other returns, including returns with schedules C, E, F, or other schedules." U.S. GAO Report re: IRS Free File Program, p.14.

presentation defines simple returns to be those returns with "Form 1040, 1040A, or 1040EZ, without any schedules."[168] Intuit uses the same definition.

108.  Intuit's use of the phrase "simple returns" is also standard among online tax preparation providers.[169] H&R Block,[170] TaxAct,[171] and TaxSlayer,[172] which together with TurboTax serve most taxpayers who use online tax preparation services,[173] all use similar tiered pricing models and disclosures. Each provides a free version of their tax preparation software that can be used for filing simple personal tax returns (and are marketed as such) and three tiers of premium offerings, priced within $65 of each other, that include additional features for more complicated tax returns.[174,175] For example, Intuit's largest

---

[168] Cico, David and Courtney L. Howard Olson, *Lessons Learned from IRS Free Filers: Capturing Young Taxpayers for a Lifetime of Electronic Filing*, IRS, June 12, 2008, https://www.irs.gov/pub/irs-soi/08resconefile.pdf ("Lessons Learned from IRS Free Filers: Capturing Young Taxpayers for a Lifetime of Electronic Filing"), INTUIT-FTC-PART3-000599183, slide 19. This 2008 presentation concerns tax data from TY 2005 and TY 2006. I note that the redesigned Form 1040 resulted in the elimination Forms 1040A and 1040EZ were eliminated as part of the Tax Cuts and Jobs Act starting in TY 2018. *See* "Tax Cuts and Jobs Act: Assessment of Implementation Efforts," *Treasury Inspector General for Tax Administration*, April 18, 2019, https://www.treasury.gov/tigta/auditreports/2019reports/201944027fr.pdf ("Tax Cuts and Jobs Act: Assessment of Implementation Efforts"), INTUIT-FTC-PART3-000600521, p. 9.

[169] There are minor variations in what the companies consider "simple returns," but Intuit's definition aligns with the IRS definition.

[170] "File Online. Free Online," *H&R Block*, https://www.hrblock.com/online-tax-filing/free-online-tax-filing/ ("File Online. Free Online (2022)"), accessed November 10, 2022, INTUIT-FTC-PART3-000599486.

[171] "Online Tax Filing Services," *TaxAct*, https://www.taxact.com/taxes-online ("Online Tax Filing Services"), accessed November 10, 2022, INTUIT-FTC-PART3-000600579.

[172] "Compare our online tax software," *TaxSlayer*, https://www.taxslayer.com/tax-tools/compare-tax-software ("Compare our online tax software"), accessed August 26, 2022, INTUIT-FTC-PART3-000600587.

[173] "Electronic Filings via Online Tax Software Companies," *ProPublica*, 2019, https://assets.documentcloud.org/documents/6788961/ProPublica-Analysis-of-IRS-Electronic-Filing-Data.pdf ("Electronic Filings via Online Tax Software Companies"), INTUIT-FTC-PART3-000600261.

[174] Bradbury, Danny, "Tech Tips: Tax Software For Your Clients," *Investment Executive*, April 5, 2019, https://www.investmentexecutive.com/newspaper_/building-your-business-newspaper/tech-tips-tax-software-for-your-clients/ ("Tech Tips: Tax Software For Your Clients"), INTUIT-FTC-PART3-000599171.

[175] "Deluxe" or "Classic" products are priced within $34.05 of each other, "Premium" products are priced within $54.05 of each other, and "Self-employed" products are priced within $59.05 of each other. *See* "Personal Taxes Online," *Intuit*, accessed July 20, 2022 "Online Tax Filing," *H&R Block*, https://www.hrblock.com/online-tax-filing/ ("Online Tax Filing"), accessed August 26, 2022, INTUIT-FTC-PART3-000599506.; Online Tax Filing Services; Compare our online tax software.

67

competitor,[176] H&R Block, has four DIY products (similar to Intuit as discussed earlier) as shown in **Figure 15**.

**Figure 15**
**H&R Block DIY Online Product Lineup**[177]



109. Some of Intuit's competitors also advertise their free tax products. For example, in TY 2021, H&R Block had a short "File Free Online" ad, stating "File for nada. File for zip. File for zilch. File for free." The disclosure said, "Simple returns only when filing with H&R Block Free Online," and text in the YouTube description compared eligibility requirements between H&R Block Free Online and TurboTax Free Edition. *See* **Figure 16** for an image of this ad.

---

[176] Intuit, "E2E Experience Review - Our Competitors," March 2019, INTUIT-FTC-PART3-000601465, pp. 5, 15.
[177] Online Tax Filing.

**Figure 16**
**H&R Block File Free Online Ad**[178]



110. Other H&R Block ads reference the free product in the context of a larger ad, again using the "Simple returns only" language. For example, the TY 2021 Help on Your Terms ad included a simulated screen image of the H&R Block Free Online page with a "Simple returns only" disclosure. *See* **Figure 17** for an image from this ad.

---

[178] "File Free Online," *H&R Block TV Ad*, January 4, 2022, https://www.youtube.com/watch?v=l9_P0aclSXk ("File Free Online").

**Figure 17**
**H&R Block Help on Your Terms Ads[179]**



111. In another example, TaxSlayer's "Cash Cow" commercial advertised its free online tax preparation product ("TaxSlayer Simply Free") and concluded with a voiceover that said: "file for free with TaxSlayer Simply Free and get your guaranteed maximum refund."[180] Similar to Intuit's Free Ads, the TaxSlayer disclosure refers to "qualifying simple tax situations" for the free product. *See* **Figure 18** below for a screenshot of the disclosure provided in this TaxSlayer ad.

---

[179] "Help On Your Terms," *H&R Block TV Ad*, March 31, 2022, https://www.youtube.com/watch?v=8y6K2xJo_uQ&t=1s ("Help On Your Terms"), INTUIT-FTC-PART3-000602954.

[180] "TaxSlayer 2022 Commercial 'Cash Cow' (Official TV Ad: 30)," *TaxSlayer TV Ad*, January 4, 2022, https://www.youtube.com/watch?v=nSaryc0WZB0 ("TaxSlayer 2022 Commercial 'Cash Cow' (Official TV Ad: 30)"), accessed August 28, 2022, INTUIT-FTC-PART3-000593206.

**Figure 18**
**Simple Returns Disclosure on TaxSlayer Cash Cow TV Ad**[181]



112. In addition to their advertising, Intuit's tax preparation competitors that offer a free product use similar simple returns terminology to describe products on their websites. For example:

- **H&R Block's** website describing online tax filing options lists "Simple returns" as an eligibility criterion for its "Free Online" product,[182] as shown in **Figure 15** above. Under its offer details and disclosures H&R Block's website describes its free online tax product as "for simple returns only" in TY 2022.[183]

- **TaxSlayer** names its Free product "Simply Free" and lists "Simple tax situations" as an eligibility criterion to file for free.[184]

- **TaxAct's** website states that the "Free" product is "perfect for simple federal filers."[185]

- **Tax Hawk** uses a different pricing mechanism (charging for state returns) but emphasizes on its website that customers can "file advanced or simple federal

---

[181] TaxSlayer 2022 Commercial 'Cash Cow' (Official TV Ad: 30).

[182] "Online Tax Filing That Fits You," *H&R Block*, https://www.hrblock.com/online-tax-filing/ ("Online Tax Filing That Fits You"), accessed August 23, 2022, INTUIT-FTC-PART3-000593488.

[183] "File Online For Zero, Zip, Zilch," *H&R Block*, https://www.hrblock.com/ ("File Online For Zero, Zip, Zilch"), accessed December 16, 2022.

[184] TaxSlayer, "Ready To Get Your Biggest Refund?," https://www.taxslayer.com/ ("Ready To Get Your Biggest Refund?"), accessed October 20, 2022, INTUIT-FTC-PART3-000593214.

[185] "Missed the IRS Deadline?," *TaxAct*, https://www.taxact.com/ ("Missed the IRS Deadline?"), accessed August 23, 2022, INTUIT-FTC-PART3-000600576.

71

taxes for free" and that "Simple Returns," "Premium Returns," and "Advanced Returns" are all free.[186]

113. The pervasiveness of the concept of a simple return across the tax preparation industry and even its use by the IRS demonstrates that reasonable consumers would likely be familiar with the idea that tax returns vary in their complexity, and that such variation may impact their qualification to use a free product. Likewise, traditional non-DIY paid preparers often vary their pricing based on the complexity of the return.[187] Imposing a disclosure that is out-of-step with industry norms would likely reduce the effectiveness of Intuit's TurboTax Free Edition marketing.[188]

### 2. *A Full Assessment of Whether an Individual's Tax Return Is Simple or Complex Is Not Feasible in an Advertisement*

114. I understand that Complaint Counsel argue that consumers would not necessarily know if their tax return qualified as "simple." The question of whether a particular individual's return qualifies as simple or complex is an individual assessment requiring an understanding of one's specific tax situation. Because the U.S. tax code itself is complex, a substantial amount of detailed tax information may be required to fully identify whether a particular return would be simple or complex. Many taxpayers are familiar with their

---

[186] "File Federal Taxes Free!," *TaxHawk*, https://www.taxhawk.com/ ("File Federal Taxes Free!"), accessed August 23, 2022, INTUIT-FTC-PART3-000600584.

[187] Weltman, Barbara, "What Will I Pay for Tax Preparation Fees?," *Investopedia*, July 21, 2022, https://www.investopedia.com/articles/taxes/021717/what-will-i-pay-tax-preparation-fees.asp ("What Will I Pay for Tax Preparation Fees?"), accessed January 3, 2023.

[188] Testimony from Intuit executive Jack Rubin, Vice President of Marketing Services at TurboTax, supports this point. Rubin testified that the phrase "Free Edition for Form 1040 with no attached schedules" would be more confusing to consumers than the phrase "simple tax returns," because most people do not know what Form 1040 is, and the few who do might remember it as a complex form, which was the case before Tax Year 2018. Rubin Deposition, 209:11-210:7. Consumer testimony also bears out this point. For example, Andrew Adamson testified that he did not "have any idea" what Form 1040 was but that he knew that "simple returns" meant "a tax return that's fairly straightforward." Adamson Deposition at 58:23-59:7, 72:23-73:5.

72

**D. Consumers Encounter Many Offers for Free Products or Services and Demonstrate Skepticism and an Expectation of Terms and Conditions that Describe Accessing or Keeping the Free Offer**

163. Reasonable consumers viewing Intuit's Free Ads do not do so in a vacuum. Instead, they would consider these ads in the context of their prior experiences and expectations regarding free goods and services as well as their personal Consumer Buying Process for tax preparation services.

164. Consumers regularly encounter a variety of free product offerings across a range of goods and services. Examples of common free product offerings include Buy One Get One Free ("BOGO"), Free for a Limited Time, Free with Purchase, and Free Tier of Service offers.

165. Consumers can expect unique terms and conditions of free product offerings based on the type of offering, the company responsible for the offer, the product itself, and characteristics of the consumer:

- BOGO pricing allows customers to receive a free product after buying a product usually of equal or greater value.[259] 93 percent of shoppers have taken advantage of BOGO promotions at least once.[260]
- Free for a Limited Time offers include free trials where free introductory pricing is offered for premium content, with the regular pricing kicking in after some

---

[259] For example, Payless Shoes gives consumers the opportunity to buy one pair of shoes and get one free. *See* "BOGO," *Payless Shoes*, https://www.payless.com/bogo ("BOGO"), INTUIT-FTC-PART3-000600080; "Buy One, Get One Free: The Marketing Strategy to Boost Sales for E-commerce," *Mage Solution*, https://magesolution.com/buy-one-get-one-free-the-sales-strategy/ ("Buy One, Get One Free: The Marketing Strategy to Boost Sales for E-commerce"), INTUIT-FTC-PART3-000600020.

[260] A survey of shopper responses to BOGO and free promotions with 673 respondents from 2012. "Shopper Response to BOGO/Free Promotions," *AMG Strategic Advisors*, February 2012, https://members.ala-national.org/assets/research_center/Hot_Topic_BOGO_freeFINAL.pdf ("Shopper Response to BOGO/Free Promotions").

number of months.[261] 80 percent of all retail subscribers in the U.S. first used their subscriptions via a free trial.[262]

- Free with Purchase offers give customers a free sample or gift with purchase, a common offering in the retail and makeup industries.[263] Marketers spend over $2 billion annually promoting sampling.[264]

- Free Tier of Service offers give customers free access to content with inclusions of ads or certain limitations that paying customers are not subject to. Such offers are common in music and TV streaming services.[265] More than half of all Spotify users have the free version of the app.[266]

- Free offers or discount pricing sometimes only apply to consumers of a certain age or status. Many companies offer discount pricing for senior citizens, children,

---

[261] Verizon sells a "1 Gig" Fios Internet plan that includes Disney+ for 6 months for free, and $7.99 afterwards. *See* "Get Verizon Fios," *Verizon*, https://www.verizon.com/home/bundles/fios ("Get Verizon Fios"), INTUIT-FTC-PART3-000600602.

[262] Survey on share of customers who used a free trial to obtain at least one retail subscription since March 2020 in Q4 2021. Draws from a census-balanced panel of 2,424 adult U.S. consumers and a complementary study in which PYMNTS researched the online subscription sign-up processes of 206 subscription commerce providers across more than nine industries. "Subscription Commence Conversion Index: The Exclusive Access Effect Edition," *PYMNTS*, November 2021, https://www.pymnts.com/wp-content/uploads/2021/11/PYMNTS-Subscription-Commerce-Conversion-Index-November-2021.pdf ("Subscription Commence Conversion Index: The Exclusive Access Effect Edition")29.

[263] Clinique offers customers up to six free samples based on how much they spend. *See* "Offers," *Clinique*, https://www.clinique.com/offers ("Offers"), INTUIT-FTC-PART3-000600074.

[264] "According to VSS Communications Industry Forecast, marketers spent $2.2 billion on sample marketing in 2009." "The Beginner's Guide to Free Sample Marketing To Promote Your Products," *Linchpin SEO*, October 1, 2022, https://linchpinseo.com/free-sample-marketing-guide/ ("The Beginner's Guide to Free Sample Marketing To Promote Your Products"), accessed January 11, 2023.

[265] Spotify, for example, gives listeners the ability to listen to a "free" version with ads. *See* "Play millions of songs and podcasts, for free," *Spotify*, https://www.spotify.com/us/free/ ("Play millions of songs and podcasts, for free"), INTUIT-FTC-PART3-000600277/; "Spotify is testing a less restrictive ad-supported tier costing $.99 a month," *The Verge*, https://www.theverge.com/2021/8/3/22607203/spotify-plus-ad-supported-tier-unlimited-skips-on-demand-listening ("Spotify is testing a less restrictive ad-supported tier costing $.99 a month"); Peacock, NBC's streaming service, has a free tier but limits high-profile and new content to customers who use the paid version. *See* "Peacock: What's Free, What's Paid and What Else to Know," *CNET*, August 19, 2022, https://www.cnet.com/tech/services-and-software/peacock-whats-free-whats-paid-and-what-else-to-know/ ("Peacock: What's Free, What's Paid and What Else to Know"), INTUIT-FTC-PART3-000600083; "Choose a Plan," *Peacock*, https://www.peacocktv.com/plan-picker ("Choose a Plan"), INTUIT-FTC-PART3-000600082.

[266] Wanjala, Alvin, "How Many Users Does Spotify Have?," *MUO*, August 3, 2022, https://www.makeuseof.com/how-many-users-spotify-has/ ("How Many Users Does Spotify Have?"), accessed October 12, 2022.

veterans, first responders, students, or first-time customers.[267] At Holiday Inn, for example, children can stay with parents and eat at the hotels for free.[268]

166. Each of these offerings offer some aspect of a product or service for free with limitations, restrictions, or requirements to access the free product. As a result, consumers routinely encounter free offers with restrictions. Consumers' prior experiences with these free offers provide context for their interpretation and expectations when faced with other free offers. Consumers understand that for-profit companies need to make money.[269] In fact, multiple consumers deposed in this matter indicated that they understood that, as a for-profit company, Intuit could not offer all of its products for free.[270]

---

[267] Gill, Kristine, "Are You Eligible for These Special Discounts? Here's How to Find Out So You Don't Miss Out," *Real Simple*, June 22, 2022, https://www.realsimple.com/work-life/money/saving/eligible-special-discounts ("Are You Eligible for These Special Discounts? Here's How to Find Out So You Don't Miss Out"). Tarlton, Amanda, "100 Popular Retailers That Offer A Discount To First-time Customers," *USA Today*, January 7, 2021, https://www.usatoday.com/story/tech/reviewedcom/2021/01/07/100-retailers-offer-discount-your-first-purchase/6563942002/ ("100 Popular Retailers That Offer A Discount To First-time Customers"). Nelson, Dustin, "Everywhere You Can Get Free Food for Kids Right Now," *Thrillist*, October 20, 2022, https://www.thrillist.com/news/nation/free-food-kids-meal-deals ("Everywhere You Can Get Free Food for Kids Right Now").

[268] "Kids Stay & Eat Free," *Holiday Inn Hotels & Resorts*, https://www.ihg.com/holidayinn/content/us/en/offers/kids-free ("Kids Stay & Eat Free"), accessed January 2, 2023.

[269] Studies find that consumers regard higher prices due to increased costs as fair, revealing that they understand that for-profit companies need to make money on the products and services that they sell. *See* Kahneman, Daniel et al., "Fairness as a Constraint on Profit Seeking: Entitlements in the Market," *The American Economic Review*, Vol. 76, No. 4, September 1986, pp. 728-741 ("Fairness as a Constraint on Profit Seeking: Entitlements in the Market"), INTUIT-FTC-PART3-000595424, p. 728; Kalapurakal, Rosemary et al., "Perceived Price Fairness and Dual Entitlement," *Advances in Consumer Research*, Vol. 18, 1991, pp. 788-793 ("Perceived Price Fairness and Dual Entitlement"), INTUIT-FTC-PART3-000595439, p. 788.

[270] Multiple Intuit consumer deponents acknowledge that as a for-profit company, Intuit cannot offer all its products for free. *See* Lee Deposition, 14:12-15:6, Phyfer Deposition, 37:17-20; Deposition of Benjamin T. DuKatz, *In the Matter of Intuit Inc., A Corporation*, Docket No. 9408, September 29, 2022 ("DuKatz Deposition"), 26:23-24:20; Deposition of Sherry L. Bodi, *In the Matter of Intuit Inc., A Corporation*, Docket No. 9408, October 5, 2022 ("Bodi Deposition"), 14:7-18; Beck Deposition, 20:12-17, 43:17-44:4; Adamson Deposition, 22:21-23:3. Additional consumer deponents acknowledge Intuit as a "private business," and therefore cannot offer all its products for free. *See* Derscha Deposition, 22:11-23-22; Deposition of Michael Tew, *In the Matter of Intuit Inc., A Corporation*, Docket No. 9408, November 3, 2022 ("Tew Deposition"), 20:11-16.

167. Because reasonable consumers expect companies to monetize their products, they often display skepticism when faced with offers for free products. Per Kamins et al. (2009):

> Consumers commonly consider a firm's motive for the prices it sets […] That should be particularly true for a freebie since getting a product for free is an implausibly good deal […] Consumers realize that firms intend to profit from their sales and integrate their assessments of a firm's likely return in their price perceptions. Firms cannot profit unless they offer products commensurate with their value, so consumers may wonder, 'How can firms profitably give away free products?' Consumers' responses to this question may lead them to discount the deal's value as they may make negative inferences about a firm's offering of a freebie.[271]

168. In a survey published by Frontier in 2021, 18 percent of respondents indicated that they do not trust free trial offers in general, while 41 percent of respondents indicated that trust depended on the service itself or who was offering the service.[272]

---

[271] Kamins, Michael et al., "Promotional Bundles and Consumers' Price Judgments: When the Best Things in Life Are Not Free," *Journal of Consumer Research*, December 2009, pp. 660-670 ("Promotional Bundles and Consumers' Price Judgments: When the Best Things in Life Are Not Free").

[272] A survey of consumer habits related to free trials comprised of 1,000 respondents (16-54+) in 2021. Quach, Karen, "Survey: How Many Americans Are 'Free Trial Hopping?'," *Frontier*, July 2021, https://go.frontier.com/media-center/trial-hopping-survey/ ("Survey: How Many Americans Are 'Free Trial Hopping?'").

169. Intuit tracks skepticism around free offers, and its research indicates that a large portion of consumers continue to have some level of skepticism that a free product will be free for them. For example:

    - Consumer insights research conducted by Intuit in 2019 showed that, while 49 percent of consumers are confident that Free Edition was truly free, 29 percent remained doubtful of the claims (and 22 percent were neutral).[273]
    - A similar study from 2018 indicated that only 22 percent of respondents were confident that that TurboTax Free Edition was actually free (a lower percentage of taxpayers than actually are eligible for Free Edition).[274]
    - Intuit's 2018 Go-To-Market white paper also pointed to this skepticism, noting that consumers question the reasons behind a company offering its services for free, for example asking, "'how good can it be?"; "what's in it for them?"; "will they upsell me?"[275]

170. This skepticism is an important background to how consumers interpreting Intuit's Free Ads react. Many consumers, including those who qualify to file for free, simply will not believe the product is truly free, regardless of what Intuit says. As a result, reasonable consumers are unlikely to assume, without research, that TurboTax is free for them.

171. Dr. Novemsky has speculated that "modern consumers, particularly those who are familiar with online products, are not inherently skeptical that a product can be free, as they have been conditioned by years of exposure to numerous free and 'freemium' products" like Google or Facebook.[276] However, even products like Google and Facebook that Dr. Novemsky references as free are monetized through advertising. Contrary to Dr. Novemsky's suggestion that such online services reflect a novel consumer experience,

---

[273] Intuit, "Free Consumer Insights," INTUIT-FTC-PART3-000601645, p. 21.

[274] Intuit, "Brand Sentiment Metrics Mid-Season TY18," March 2019, INTUIT-FTC-PART3-000602709, p. 17.

[275] Intuit, "Consumer Group FY18 Go-To-Market White Paper," October 2017, INTUIT-FTC-PART3-000601542, p.15.

[276] Novemsky Report, ¶ 81.

consumers have encountered ad-supported free services like TV and radio for decades. The lack of any advertising on the TurboTax website demonstrates that the product is not monetized through advertising.

172. Dr. Novemsky cites to a 2020 study of four preliminary versions of Free TV ads as evidence that exposure to Intuit's TV ads "with 'free' messaging causes an increase in viewers' perceptions that they can use TurboTax for free."[277] In fact, this very document specifically references that "some [respondents] responded skeptically to the ads" based on their prior experiences, including with TurboTax, even though at least three of the four TV ads shown to them did not have any disclosure whatsoever.[278]

173. For example, one viewer commented, "I have used TurboTax before, I switched to H&R Block because TurboTax was indeed not free for certain items included on my tax filing."[279]

174. Consumers' familiarity with restrictions on free offers and general skepticism around free offers increases the likelihood that they will expect and attend to restrictions on Intuit's free offers.

175. As a result of the industry standard disclosures in Intuit's Free Ads, combined with the high-involvement Consumer Buying Process and consumers' prior experiences with tax preparation and free product offers, it is unlikely that reasonable consumers would be

---

[277] Novemsky Report, ¶ 97.

[278] *See* Intuit, "TY20 Campaign Copy Testing," September 2020, INTUIT-FTC-PART3-000490565 (GX 460), pp. 20 and 28.

[279] Intuit, "TY20 Campaign Copy Testing," September 2020, INTUIT-FTC-PART3-000490565 (GX 460), p. 28.

deceived by Intuit's Free Ads into believing they could necessarily file their personal tax return for free.

## VII. THE TURBOTAX WEBSITE PROVIDES INFORMATION IN A CLEAR AND TIMELY MANNER

176. Regardless of the specific Consumer Buying Process and ads viewed, *all* customers must go to the TurboTax website to file their taxes using the online version of TurboTax. Therefore, the TurboTax website is one of the few steps that *all* consumers have in common during the purchase process. The TurboTax website provides detailed information about the TurboTax Suite, including pricing for all TurboTax products and add-ons, recommendations for the appropriate product for individual tax situations, and qualification requirements for Free Edition.

### A. The TurboTax Website Provides Clear Information About the TurboTax Product Lineup and Discloses Up Front that Free Edition Is Not Appropriate for All Tax Situations

177. In this section, I review four key webpages on the TurboTax website that reasonable consumers are likely to visit during the course of deciding to use TurboTax or while preparing their taxes with TurboTax. I review in detail:

   a. The TurboTax homepage (likely the first stop for any visitor to the TurboTax website);

   b. The Simple Returns Pop-up (a pop-up describing the qualification requirements for Free Edition in detail);

   c. The Products & Pricing Page (a page summarizing the full TurboTax Suite that all new customers are routed to); and