# EXHIBIT D

# ATTACHMENT 14


Case: 24-60040, Document: 34-20, Page: 2, Date Filed: 03/01/2024