# EXHIBIT D

# ATTACHMENT 15

