# EXHIBIT E

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:   Lina M. Khan, Chair
Noah Joshua Phillips
Rebecca Kelly Slaughter
Christine S. Wilson

In the Matter of

Intuit, Inc.,
    a corporation,

DOCKET NO. 9408

ORDER WITHDRAWING MATTER FROM ADJUDICATION
PURSUANT TO RULE 3.26(c) OF THE COMMISSION RULES OF PRACTICE

On May 4, 2022, counsel for Respondent in this proceeding filed a Motion to Withdraw the Matter from Adjudication. Complaint Counsel has not registered any objection to Respondent's Motion. Accordingly,

**IT IS ORDERED**, pursuant to Rule 3.26(c) of the Commission Rules of Practice, 16 C.F.R. § 3.26(c) (2022), that this matter in its entirety be and it hereby is withdrawn from adjudication, and that all proceedings before the Administrative Law Judge be and they hereby are stayed.

By the Commission.

April J. Tabor
Secretary

SEAL:
ISSUED:  May 6, 2022