# EXHIBIT F

PUBLIC

## UNITED STATES OF AMERICA
### BEFORE THE FEDERAL TRADE COMMISSION

**COMMISSIONERS:**   Lina M. Khan, Chair
Noah Joshua Phillips
Rebecca Kelly Slaughter
Christine S. Wilson
Alvaro M. Bedoya

|  |  |
|---|---|
| In the Matter of<br><br>Intuit, Inc.,<br>    a corporation,<br><br>        Respondent. | Docket No. 9408 |

# ORDER RETURNING THE MATTER TO ADJUDICATION
# AND SETTING A NEW EVIDENTIARY HEARING DATE

On May 6, 2022, this matter was automatically withdrawn from adjudication pursuant to Rule 3.26(c) of the Commission Rules of Practice, 16 C.F.R. § 3.26(c) (2022), in order to allow the Commission to consider whether the public interest warrants further litigation. The Commission has deliberated and determined that the public interest warrants further litigation. Therefore, the Commission has determined to return this matter to adjudication. Accordingly,

**IT IS HEREBY ORDERED** that this matter be returned to adjudicative status and the stay in these proceedings be lifted;

**IT IS FURTHER ORDERED** that the evidentiary hearing in this matter before the Administrative Law Judge of the Federal Trade Commission be rescheduled to commence on March 27, 2023, at 10:00 a.m.;

**IT IS FURTHER ORDERED** that the Administrative Law Judge establish a revised prehearing schedule that will permit the evidentiary hearing to commence on the date set by the Commission;

**IT IS FURTHER ORDERED** that all discovery propounded on or prior to May 6, 2022 is hereby vacated without prejudice and may be re-issued on or before the deadlines set forth in the revised prehearing schedule established by the Administrative Law Judge; and

**IT IS FURTHER ORDERED** that all pending motions are hereby vacated without prejudice and may be re-filed on or before the deadlines set forth in the Commission Rules of Practice, 16 C.F.R. § 3.1 *et seq.* (2022) and the revised prehearing schedule.

**PUBLIC**

By the Commission, Commissioner Phillips dissenting.

April J. Tabor
Secretary

SEAL:
ISSUED: August 19, 2022