# EXHIBIT M

PUBLIC

# UNITED STATES OF AMERICA
# BEFORE THE FEDERAL TRADE COMMISSION

**COMMISSIONERS:**   Lina M. Khan, Chair
Rebecca Kelly Slaughter
Alvaro M. Bedoya

| | |
|---|---|
| **In the Matter of**<br><br>**Intuit Inc., a corporation.** | **DOCKET NO. 9408** |

# ORDER SCHEDULING ORAL ARGUMENT

On September 26, 2023, in compliance with the Commission's Order Extending Deadlines for Filing Appeal Briefs (Sept. 11, 2023), Respondent Intuit Inc. filed an Appeal Brief, stating its objections to the Initial Decision and the accompanying Order of the Administrative Law Judge. Complaint Counsel filed their Answering Brief on October 25, 2023, and Intuit may file a reply brief within 7 days of service of the Answering Brief. In view of the numerous issues raised by this proceeding and the extensive administrative record, the Commission has determined to conduct an oral argument in this matter on November 20, 2023, at 1 p.m. EST.

The argument will be conducted virtually, by video conferencing. Pursuant to Rule 3.52(h), 16 C.F.R. § 3.52(h), public access to the argument, to the extent permitted by any *in camera* orders and for monitoring purposes only, will be provided via telephone or live web streaming.

Each side will be allotted 45 minutes to present its argument. Respondent will have the opportunity to open the argument and may reserve time for rebuttal. If either side wishes to provide the Commission with a short written or electronic compilation of material to facilitate its presentation during the oral argument, any such compilation may contain only public information that is already in the record, and copies must be filed with the Secretary of the Commission and provided to opposing counsel no later than November 13, 2023, at 5:00 pm EST.

Accordingly,

PUBLIC

**IT IS HEREBY ORDERED THAT** the Commission will conduct oral argument regarding Respondent's appeal in this proceeding on November 20, 2023, as specified above.

By the Commission.

April J. Tabor
Secretary

SEAL:
ISSUED: 10/31/2023