# EXHIBIT N

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

| | |
|---|---|
| **COMMISSIONERS:** | Lina M. Khan, Chair<br>Rebecca Kelly Slaughter<br>Alvaro M. Bedoya |

| | |
|---|---|
| **In the Matter of**<br><br>**Intuit Inc.,**<br>       **a corporation.** | **Docket No. 9408** |

## ORDER EXTENDING DEADLINE FOR COMMISSION
## DECISION ON APPEAL

      The Commission heard oral argument regarding Respondent's Appeal of the Initial Decision in this proceeding on November 20, 2023. Under Commission Rule 3.52(a)(1), 16 C.F.R. § 3.52(a)(1), the deadline for issuing the Commission's final decision is January 4, 2024. That deadline may be extended for good cause. 16 C.F.R. § 4.3(b)(2).

      This proceeding involves an extensive factual record. The Chief Administrative Law Judge (ALJ) received testimony from 41 fact witnesses and 6 expert witnesses, live or by deposition. Initial Decision (Aug. 29, 2023) at 2. He admitted over 2,350 exhibits into evidence, including dozens of multimedia exhibits. *Id.*; Initial Decision Findings of Fact ¶¶ 63-222, 257-317. The Commission finds that there is good cause for a brief extension of the deadline for issuing its final decision until January 11, 2024, in order to facilitate appropriate consideration of the competing factual and legal arguments presented.

      Accordingly,

      **IT IS HEREBY ORDERED THAT** the deadline for issuing the Commission's final decision addressing Respondent's Appeal of the Initial Decision in this proceeding is extended until January 11, 2024.

**PUBLIC**

By the Commission.

                    Joel Christie
                    Acting Secretary

SEAL:
ISSUED: 12/11/2023