# EXHIBIT O

PUBLIC

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:    Lina M. Khan, Chair
Rebecca Kelly Slaughter
Alvaro M. Bedoya

| | |
|---|---|
| **In the Matter of**<br><br>**Intuit Inc.,**<br>    **a corporation.** | **DOCKET NO. 9408** |

# ORDER FURTHER EXTENDING DEADLINE
# FOR COMMISSION DECISION ON APPEAL

On December 11, 2023, the Commission issued an order providing for a brief, one-week extension until January 11, 2024, of the Commission's deadline to decide Respondent's Appeal of the Initial Decision. The Commission explained that, in light of the extensive factual record in this matter, an extension would facilitate appropriate consideration of the competing factual and legal arguments presented. The Commission now finds that an additional short extension is needed to facilitate full consideration of the issues. The Commission therefore finds good cause, pursuant to 16 C.F.R. § 4.3(b), to further extend to January 19, 2024, the deadline to issue its final decision.

Accordingly,

**IT IS HEREBY ORDERED THAT** the deadline for issuing the Commission's final decision addressing Respondent's Appeal of the Initial Decision in this proceeding is extended until January 19, 2024.

By the Commission.

April J. Tabor
Secretary

SEAL:
ISSUED: 1/9/2024

1