# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 05, 2024

Ms. Mariel Goetz
Federal Trade Commission
Office of the General Counsel
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Mr. Bradley Grossman
Federal Trade Commission
Office of the General Counsel
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

    No. 24-60040   Intuit v. FTC
                       Agency No. 9408

Dear Counsel:

Please be advised that the court has requested a response/opposition to the Petitioner's Motion to stay order of the FTC. Any response/opposition should be electronically on or before March 15, 2024.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666

cc:
    Mr. David Gringer
    Mr. Jonathan Edward Paikin
    Mr. Howard Morris Shapiro
    Mr. Daniel Volchok
    Mr. Derek Woodman