# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 18, 2024
Lyle W. Cayce
Clerk

No. 24-60040

___

Intuit, Incorporated,

*Petitioner,*

versus

Federal Trade Commission,

*Respondent.*

___

Petition for Review from an Order of the
Federal Trade Commission
Agency No. 9408

___

ORDER:

IT IS ORDERED that Petitioner's opposed motion to stay order of the Federal Trade Commission is DENIED.

_____
Dana M. Douglas
*United States Circuit Judge*