No. 24-60040

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

INTUIT INC.,

*Petitioner*,

v.

FEDERAL TRADE COMMISSION,

*Respondent*.

On Petition for Review of a Final Order of the Federal Trade Commission Entered on January 19, 2024, FTC Docket No. 9408

**PETITIONER'S UNOPPOSED MOTION TO SEAL NON-PUBLIC VERSIONS OF FEDERAL TRADE COMMISSION OPINION AND ADMINISTRATIVE LAW JUDGE POST-TRIAL DECISION**

HOWARD M. SHAPIRO
JONATHAN E. PAIKIN
DANIEL S. VOLCHOK
DEREK A. WOODMAN
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000

DAVID Z. GRINGER
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
(212) 230-8800

April 15, 2024

# CERTIFICATE OF INTERESTED PERSONS

The following listed persons and entities as described in the fourth sentence of Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that members of the Court may evaluate possible recusal.

Intuit Inc. has no parent corporation, and no publicly held corporation is known to own 10% or more of Intuit's stock.

| Petitioner | Counsel |
| --- | --- |
| Intuit Inc. | Howard M. Shapiro <br> Jonathan E. Paikin <br> Daniel S. Volchok <br> David Z. Gringer <br> Derek A. Woodman <br> WILMER CUTLER PICKERING HALE AND DORR LLP |

| Respondent | Counsel |
| --- | --- |
| Federal Trade Commission | Anisha Sasheen Dasgupta <br> Mariel Goetz <br> Bradley Grossman <br> Lois C. Greisman <br> William Maxson <br> Roberto Anguizola <br> Rebecca Plett <br> James Evans <br> Sara Tonnesen <br><br> FEDERAL TRADE COMMISSION |

/s/ Daniel S. Volchok  
DANIEL S. VOLCHOK

Pursuant to Circuit Rule 25.2.8, Intuit moves to file under seal two decisions that Intuit is filing today, per Circuit Rule 30.2(b), with its opening brief. Because the non-public version of the Federal Trade Commission opinion under review here and the non-public version of the post-trial decision issued by the administrative law judge each contain confidential business information, Intuit moves to file an unredacted copy of each opinion under seal, and a public version of the opinions with redactions on the public docket. Respondent does not oppose this relief.

This Court has recognized that "sealing may be appropriate" for materials that "incorporate confidential business information." *Cypress Medical Center Operating Company v. Cigna Healthcare*, 781 F.3d 182, 204 (5th Cir. 2015); *accord, e.g.*, *Le v. Exeter Financial Corporation*, 990 F.3d 410, 419 (5th Cir. 2021). That is the situation here: Intuit successfully moved below for *in camera* treatment of certain materials on the ground that they contain sensitive business information, including (1) trade secrets and product development, (2) financial data, (3) sales and marketing strategy, (4) pricing and pricing strategy, and (5) business strategy and strategic initiatives. The ALJ concluded that Intuit had established that disclosure of the materials would likely result in a clearly defined, serious injury to Intuit. This Court should reach the same conclusion. Indeed, the Court granted Intuit's earlier unopposed motion to place the non-public version of

the Commission's opinion under seal. The same approach, with both opinions, is warranted here.

April 15, 2024

Respectfully submitted,

/s/ Daniel S. Volchok

DAVID Z. GRINGER
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
(212) 230-8800

HOWARD M. SHAPIRO
JONATHAN E. PAIKIN
DANIEL S. VOLCHOK
DEREK A. WOODMAN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000

## CERTIFICATE OF COMPLIANCE

According to the word-count feature of the word-processing program with which it was prepared, the foregoing motion contains 244 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(a).

/s/ Daniel S. Volchok
DANIEL S. VOLCHOK