# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60040   Intuit v. FTC
                    Agency No. 9408

Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

Ms. Anisha Sasheen Dasgupta
Ms. Mariel Goetz
Mr. David Gringer
Mr. Bradley Grossman
Ms. Lina M. Khan
Mr. Jonathan Edward Paikin
Mr. Howard Morris Shapiro
Ms. April J. Tabor
Mr. Daniel Volchok
Mr. Derek Woodman