# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-60040

————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2024

Lyle W. Cayce
Clerk

INTUIT, INCORPORATED,

*Petitioner,*

*versus*

FEDERAL TRADE COMMISSION,

*Respondent.*

————————————————————

Petition for Review from an Order of the
Federal Trade Commission
Agency No. 9408

————————————————————

ORDER:

IT IS ORDERED that the Petitioner's motion to file record excerpts under seal is GRANTED.

DANA M. DOUGLAS
*United States Circuit Judge*