# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 22, 2024

Mr. Steven Engel
Dechert, L.L.P.
1900 K Street, N.W.
Washington, DC 20006

    No. 24-60040   Intuit v. FTC
                USDC No. 9408

Dear Mr. Engel,

The following pertains to your electronically filed appearance form.

The submitted appearance form does not match the registered attorney.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Linda B. Miles, Deputy Clerk
                                  504-310-7793