# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 22, 2024

Mr. Michael H. McGinley
Dechert, L.L.P.
2929 Arch Street
Cira Centre
Philadelphia, PA 19104-2808

    No. 24-60040   Intuit v. FTC
                       USDC No. 9408

Dear Mr. McGinley,

The following pertains to your electronically filed appearance form.

The submitted appearance form does not match the registered attorney.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Linda B. Miles, Deputy Clerk
                              504-310-7793