# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 23, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

      No. 24-60040    Intuit v. FTC
                      Agency No. 9408


The court has granted an extension of time to and including June 14, 2024 for filing respondent's brief in this case.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Monica R. Washington, Deputy Clerk
                         504-310-7705

Mr. Justin Aimonetti
Ms. Anisha Sasheen Dasgupta
Mr. Steven Engel
Ms. Mariel Goetz
Mr. David Gringer
Mr. Bradley Grossman
Ms. Lina M. Khan
Mr. Michael H. McGinley
Mr. Jonathan Edward Paikin
Mr. Michael David Pepson
Mr. Howard Morris Shapiro
Mr. Brent Skorup
Ms. April J. Tabor
Mr. Daniel Volchok
Mr. Derek Woodman