# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 21, 2024

Mr. Orlando Economos
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

    No. 24-60040   Intuit v. FTC
                   USDC No. 9408

Dear Mr. Economos,

Appearance forms require either an original signature in the signature line or **"s/name"** by attorneys filing under their own CM/ECF login.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Burke Fenerty, Deputy Clerk
                              504-310-7624