# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 21, 2024

Mr. Orlando Economos
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

  No. 24-60040   Intuit v. FTC
          USDC No. 9408

Dear Mr. Economos,

The submitted appearance form does not match the registered attorney.

     Sincerely,

     LYLE W. CAYCE, Clerk

     By: _____
     Burke Fenerty, Deputy Clerk
     504-310-7624