# United States Court of Appeals for the Fifth Circuit

No. 24-60040

Intuit, Incorporated,

*Petitioner,*

versus

Federal Trade Commission,

*Respondent.*

United States Court of Appeals
Fifth Circuit
**FILED**
July 11, 2024
Lyle W. Cayce
Clerk

_____

Petition for Review from an Order of the
Federal Trade Commission
Agency No. 9408

_____

ORDER:

    IT IS ORDERED that Respondent's unopposed motion for leave to file supplemental briefs is GRANTED. Respondent may file a supplemental brief of no more than 1,500 words 10 days after the filing of the reply brief, and the Petitioner may file a supplemental brief of no more than 1,500 words 10 days thereafter.

/s/ Dana M. Douglas
Dana M. Douglas
*United States Circuit Judge*