No. 24-60040

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

INTUIT INC.,

*Petitioner*,

v.

FEDERAL TRADE COMMISSION,

*Respondent*.

On Petition for Review of a Final Order of the Federal Trade Commission Entered on January 19, 2024, FTC Docket No. 9408

## MOTION TO SEAL PETITIONER'S APPENDIX

HOWARD M. SHAPIRO
JONATHAN E. PAIKIN
DANIEL S. VOLCHOK
DEREK A. WOODMAN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000

DAVID Z. GRINGER
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
(212) 230-8800

July 12, 2024

- i -

## CERTIFICATE OF INTERESTED PERSONS

The persons and entities that have an interest in the outcome of this case, as described in the fourth sentence of Circuit Rule 28.2, are those listed in the certificate of interested persons in Intuit's reply brief, which is filed concurrent to this motion. These representations are made so that members of this Court may evaluate possible recusal.

Pursuant to Circuit Rule 25.2.8, Intuit moves to file under seal the record excerpts it is filing today. This Court has recognized that "sealing may be appropriate" for materials that "incorporate confidential business information." *Cypress Medical Center Operating Company v. Cigna Healthcare*, 781 F.3d 182, 204 (5th Cir. 2015); *accord, e.g.*, *Le v. Exeter Financial Corporation*, 990 F.3d 410, 419 (5th Cir. 2021). Indeed, the Court has already granted Intuit's motion to seal the confidential version of the Federal Trade Commission decision under review in this case and the FTC's motion to seal its brief. Like those filings, the record excerpts contain confidential business information, including trade secrets and product development, and business strategy and strategic initiatives. Intuit thus moves to seal those excerpts. Respondent does not oppose this motion to the extent that the material was under seal before the agency. Respondent, however, takes the position that the public has a right of access to evidence that was not under seal before the agency, and to arguments concerning such evidence. (If the motion is granted, Intuit will file, within 14 days of the order granting the motion, a public version of the record excerpts that redacts only information sealed during the agency proceedings.)

- 2 -

| | |
|---|---|
| July 12, 2024 | Respectfully submitted, |
| | /s/ Daniel S. Volchok |
| DAVID Z. GRINGER | HOWARD M. SHAPIRO |
| WILMER CUTLER PICKERING HALE AND DORR LLP | JONATHAN E. PAIKIN |
| | DANIEL S. VOLCHOK |
| 7 World Trade Center | DEREK A. WOODMAN |
| 250 Greenwich Street | WILMER CUTLER PICKERING |
| New York, N.Y. 10007 |    HALE AND DORR LLP |
| (212) 230-8800 | 2100 Pennsylvania Avenue N.W. |
| | Washington, D.C. 20037 |
| | (202) 663-6000 |

## CERTIFICATE OF COMPLIANCE

According to the word-count feature of the word-processing program with which it was prepared, the foregoing motion contains 204 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(a).

/s/ Daniel S. Volchok
DANIEL S. VOLCHOK