# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

July 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60040   Intuit v. FTC
                       Agency No. 9408

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Majella A. Sutton, Deputy Clerk
                        504-310-7680

Mr. Justin Aimonetti
Ms. Anisha Sasheen Dasgupta
Mr. Orlando Economos
Mr. Steven Engel
Ms. Carrie Yvette Flaxman
Ms. Mariel Goetz
Ms. Brianne Jenna Gorod
Mr. David Gringer
Mr. Bradley Grossman
Ms. Sarah A Hunger
Mr. Nandan M. Joshi
Ms. Lina M. Khan
Mr. Michael H. McGinley
Mr. David Sidney Shaffer Nahmias
Mr. Jonathan Edward Paikin
Mr. Michael David Pepson
Ms. Skye Lynn Perryman
Mr. Anupama Sawkar
Mr. Howard Morris Shapiro
Mr. Brent Skorup
Ms. April J. Tabor
Mr. Daniel Volchok
Mr. Derek Woodman
Ms. Allison M. Zieve