# United States Court of Appeals for the Fifth Circuit

No. 24-60040

Intuit, Incorporated,

*Petitioner,*

versus

Federal Trade Commission,

*Respondent.*

United States Court of Appeals
Fifth Circuit
**FILED**
July 19, 2024
Lyle W. Cayce
Clerk

_____

Petition for Review from an Order of the
Federal Trade Commission
Agency No. 9408

_____

ORDER:

IT IS ORDERED that the Petitioner's motion to file Appendix under seal is GRANTED.

Dana M. Douglas
*United States Circuit Judge*