

United States of America
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Bradley Dax Grossman
Office of the General Counsel
bgrossman@ftc.gov
202-326-2994

July 25, 2024

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:   *FTC v. Intuit, Inc.*, No. 24-60040

Dear Mr. Cayce:

    Please find enclosed a redacted public copy of respondent Federal Trade Commission's principal brief, which was filed under seal on June 14, 2024. The sealed brief contains limited references to petitioner Intuit's confidential business information. The Court granted the FTC's motion to seal on July 2.

    As the Clerk's Office instructed me by phone yesterday, I am enclosing a public copy of the brief, which contains redactions of the confidential material at pages 26, 44, and 48. Thank you for your attention to this matter.

                                             Sincerely,

                                          /s/ *Bradley Grossman*
                                          Bradley Dax Grossman

Enclosure