# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 13, 2024

No. 24-60040   Intuit v. FTC
              USDC No. 9408

You must submit the 7 paper copies of your brief and 1 paper copy of your redacted brief as required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue; record excerpts must be white; Appellee's brief must be red; Appellant's reply brief must be gray; Amicus brief must be green; Supplemental brief must be tan.  You may refer to Fed. R. App. P. 32 for guidance.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Pamela F. Trice, Deputy Clerk
                                    504-310-7633

    Mr. Justin Aimonetti
    Ms. Anisha Sasheen Dasgupta
    Mr. Orlando Economos
    Mr. Steven Engel
    Ms. Carrie Yvette Flaxman
    Ms. Mariel Goetz
    Ms. Brianne Jenna Gorod
    Mr. David Gringer
    Mr. Bradley Grossman
    Ms. Sarah A Hunger
    Mr. Nandan M. Joshi
    Ms. Lina M. Khan
    Mr. Michael H. McGinley
    Mr. David Sidney Shaffer Nahmias
    Mr. Jonathan Edward Paikin
    Mr. Michael David Pepson
    Ms. Skye Lynn Perryman
    Mr. Anupama Sawkar
    Mr. Howard Morris Shapiro
    Mr. Brent Skorup
    Ms. April J. Tabor
    Mr. Daniel Volchok
    Mr. Derek Woodman
    Ms. Allison M. Zieve