No. 24-60040

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

INTUIT, INCORPORATED,
*Petitioner*,

v.

FEDERAL TRADE COMMISSION,
*Respondent.*

_____

Petition for Review on an Order of the
Federal Trade Commission
(FTC Docket No. 9408)

_____

# FEDERAL TRADE COMMISSION'S UNOPPOSED
# MOTION FOR LEAVE TO FILE
# SUPPLEMENTAL APPENDIX UNDER SEAL

_____

Of Counsel:
LOIS C. GREISMAN
WILLIAM MAXSON
ROBERTO ANGUIZOLA
REBECCA PLETT
JAMES EVANS
SARA TONNESEN
   *Attorneys*

FEDERAL TRADE COMMISSION
   Washington, D.C. 20580

ANISHA S. DASGUPTA
   *General Counsel*

BRADLEY DAX GROSSMAN
   *Attorney*

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
 Washington, D.C. 20580
 bgrossman@ftc.gov
 202-326-2994

The Federal Trade Commission respectfully requests leave to supplement the Appendix of record excerpts filed by petitioner Intuit, Inc. on July 12, 2024. As discussed below, Intuit inadvertently omitted a small number of documents designated by the FTC for inclusion. The FTC seeks to file these materials in the enclosed supplemental Appendix so that the Court has ready access to them if necessary. Intuit does not oppose this request.

One of the documents at issue contains confidential business information that was granted *in camera* treatment in the underlying agency proceeding. Accordingly, the FTC also seeks leave to file the supplemental Appendix under seal. *See* 5th Cir. R. 25.2.8. If the motion is granted, the FTC will file a public version of the supplemental Appendix that redacts confidential information. Intuit also does not oppose this request.

In support of the motion, the FTC states as follows:

1. Intuit seeks review of an order of the Federal Trade Commission that was entered following a multi-week trial before an administrative law judge. In lieu of the full administrative record, the Commission filed with this Court a certified list describing all documents comprising the record. *See* Fed. R. App. P. 17(b)(1)(B). Once the briefing was complete, Intuit, as petitioner, was required to prepare and file with the Court "a copy of the portions of the record relied upon by the parties in their briefs." *See* 5th Cir. R. 30.2(a).

2. To aid Intuit with this task, FTC counsel provided counsel for Intuit with a list of materials that the FTC believed should be included in the Appendix. Intuit's counsel agreed to include these materials. Upon review of the Appendix as filed, however, FTC counsel discovered that Intuit had omitted three exhibits and five pages of trial testimony relied on by the FTC, as well as FTC prosecutorial staff's responses to five Proposed Findings of Fact cited by Intuit. Intuit's counsel has represented that the omissions were inadvertent. The FTC seeks leave to file the enclosed supplemental Appendix containing these materials so that they will be readily available to the Court.

3. One page of the material the FTC proposes to include in the supplemental Appendix contains references to Intuit's business information that was granted *in camera* treatment by the FTC, meaning that it was kept confidential and not placed upon the public record. *See* 16 C.F.R. § 3.45. To maintain the confidentiality of this material, the FTC requests leave to file its supplemental Appendix under seal, along with a public version redacting confidential business information. This Court has recognized that "sealing may be appropriate" for materials that "incorporate confidential business information." *N. Cypress Med. Ctr. Operating Co. v. Cigna Healthcare*, 781 F.3d 182, 204 (5th Cir. 2015); *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021) ("[L]itigants sometimes have good reasons to file documents (or portions of them) under seal,

such as protecting trade secrets or the identities of confidential informants."). The Court has previously granted several motions to seal in this case, including a motion to seal the Appendix. *See* Orders of Feb. 16, Apr. 16, July 2, and July 19, 2024.

For the foregoing reasons, the Court should grant the FTC's motion for leave to file the enclosed supplemental Appendix under seal and direct the Commission to file a public version of those excerpts with confidential information redacted.

          Respectfully submitted,

          ANISHA S. DASGUPTA
              *General Counsel*

August 19, 2024          /s/ Bradley Grossman
          BRADLEY DAX GROSSMAN
              *Attorney*

          FEDERAL TRADE COMMISSION
          Office of the General Counsel
          600 Pennsylvania Avenue, N.W.
          Washington, D.C. 20580
          (202) 326-2994
          bgrossman@ftc.gov

          Of Counsel:

          LOIS C. GREISMAN
          WILLIAM MAXSON
          ROBERTO ANGUIZOLA
          REBECCA PLETT
          JAMES EVANS
          SARA TONNESEN
              *Attorneys*

          FEDERAL TRADE COMMISSION
              Washington, D.C. 20580

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that the foregoing motion complies with the volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 561 words, as created by Microsoft Word, excluding the items that may be excluded under Fed. R. App. P. 32(f).

August 19, 2024                     /s/ Bradley Grossman
                                                           Bradley Dax Grossman
                                                           Attorney
                                                           Federal Trade Commission
                                                           600 Pennsylvania Avenue, N.W.
                                                           Washington, D.C. 20580