# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 21, 2024
Lyle W. Cayce
Clerk

No. 24-60040

---

Intuit, Incorporated,

*Petitioner,*

versus

Federal Trade Commission,

*Respondent.*

---

Petition for Review from an Order of the
Federal Trade Commission
Agency No. 9408

---

ORDER:

IT IS ORDERED that the Respondent's unopposed motion for leave to file supplemental appendix is GRANTED.

IT IS FURTHER ORDERED that the Respondent's unopposed motion for leave to file the supplemental appendix under seal is GRANTED.

/s/ W. Eugene Davis
_____
W. Eugene Davis
*United States Circuit Judge*