

United States of America
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bradley Dax Grossman
Office of the General Counsel
bgrossman@ftc.gov
202-326-2994

August 26, 2024

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:   *FTC v. Intuit, Inc.*, No. 24-60040

Dear Mr. Cayce:

      Please find enclosed a redacted public copy of respondent Federal Trade Commission's Supplemental Appendix, which was filed under seal on August 19, 2024. The sealed Supplemental Appendix contains limited references to petitioner Intuit's confidential business information. The Court granted the FTC's motion to seal on August 21.

      Thank you for your attention to this matter.

                                 Sincerely,

                                 /s/ *Bradley Grossman*
                                 Bradley Dax Grossman

Enclosure