# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 27, 2024

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

    No. 24-60040   Intuit v. FTC

    Projected Week of Hearing **11/04/2024**
-------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

                                      CALENDARING DEPARTMENT
                                      clerk_calendaring@ca5.uscourts.gov

Mr. Justin Aimonetti
Mr. Orlando Economos
Mr. Steven Engel
Ms. Carrie Yvette Flaxman
Ms. Mariel Goetz
Ms. Brianne Jenna Gorod
Mr. David Gringer

```
Mr. Bradley Grossman
Ms. Sarah A Hunger
Mr. Nandan M. Joshi
Mr. Michael H. McGinley
Mr. David Sidney Shaffer Nahmias
Mr. Jonathan Edward Paikin
Mr. Michael David Pepson
Ms. Skye Lynn Perryman
Mr. Anupama Sawkar
Mr. Howard Morris Shapiro
Mr. Brent Skorup
Mr. Daniel Volchok
Mr. Derek Woodman
Ms. Allison M. Zieve
```