# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 26, 2024

        No. 24-60040    Intuit v. FTC
                        USDC No. 9408


The above referenced case has been scheduled for oral argument on 11/04/2024. It will be held in New Orleans - West Courtroom at 9:00. The Oral Argument session number is 16.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than 10/15/2024.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at https://www.ca5.uscourts.gov/appearanceform. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Pam Trice at 504-310-7633.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By:_____
        Pamela F. Trice, Calendar Clerk
        504-310-7633

    Mr. Justin Aimonetti
    Ms. Anisha Sasheen Dasgupta
    Mr. Orlando Economos
    Mr. Steven Engel
    Ms. Carrie Yvette Flaxman
    Ms. Mariel Goetz
    Ms. Brianne Jenna Gorod
    Mr. David Gringer
    Mr. Bradley Grossman
    Ms. Sarah A Hunger
    Mr. Nandan M. Joshi
    Ms. Lina M. Khan
    Mr. Michael H. McGinley
    Mr. David Sidney Shaffer Nahmias
    Mr. Jonathan Edward Paikin
    Mr. Michael David Pepson
    Ms. Skye Lynn Perryman
    Mr. Anupama Sawkar
    Mr. Howard Morris Shapiro
    Mr. Brent Skorup
    Ms. April J. Tabor
    Mr. Daniel Volchok
    Mr. Derek Woodman
    Ms. Allison M. Zieve