# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 20, 2026

Lyle W. Cayce
Clerk

———————

No. 24-60040

———————

Intuit, Incorporated,

*Petitioner*,

*versus*

Federal Trade Commission,

*Respondent*.

———————————————————

Petition for Review from an Order
of the Federal Trade Commission
FTC Docket No. 9408

———————————————————

## JUDGMENT

Before Jones, Barksdale, and Ho, *Circuit Judges*.

This cause was considered on the petition of Intuit, Incorporated for review of a final order of the Federal Trade Commission and was argued by counsel.

IT IS ORDERED and ADJUDGED that the petition for review is GRANTED, the decision of the Federal Trade Commission is VACATED, and the cause is REMANDED to the Federal Trade Commission for further proceedings in accordance with the opinion of this court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

James C. Ho, *Circuit Judge*, concurring.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.